# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, | No. CV-22-00312-PHX-DLR |
| Plaintiff, | **RULE 54(b) JUDGMENT** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court, having granted Defendants Kirsten Wright and Stephen Wright's motion to dismiss without leave to amend, and having considered Defendants' request that the Court enter final judgment pursuant to Federal Rule of Civil Procedure 54(b) as to Plaintiffs' claims against Defendant Wright, having received no opposition to the request, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Request for Entry of Judgment under Rule 54(b) is GRANTED. All claims against Defendants Kirsten Wright and Stephen Wright are dismissed with prejudice.

**IT IS FURTHER ORDERED** that there is no just reason for delay and judgment is entered pursuant to Federal Rule of Civil Procedure 54(b).

Dated this 28th day of July, 2023.

Douglas L. Rayes
United States District Judge