Shorall McGoldrick Zerlaut
1232 east missouri avenue
phoenix, az 85014
602.230.5400
602.230.5432 (fax)
firm@shorallmcgoldrick.com
Scott M. Zerlaut, #014714
scott@shorallmcgoldrick.com
Attorneys for Defendants Lay

In the United States District Court

For the District of Arizona

| | |
|---|---|
| Aaron Wostrel, et al., | CV-22-00312-PHX-DLR |
| Plaintiffs, | **Notice of Service** |
| v. | |
| State of Arizona, et al., | (Honorable Douglas L. Rayes) |
| Defendants. | |

Defendant Walter and Jodi Lay gives notice that they have served their Responses to Plaintiff's First Set of Interrogatories upon all parties on August 3, 2023.

Dated August 3, 2023.

                            Shorall McGoldrick Zerlaut

                            */s/ Scott Zerlaut*
                               Scott Zerlaut
                               Attorneys for Defendants Lay

**Certificate of Service**

The foregoing was electronically filed with the District Court for the District of Arizona and served upon the following using the Court's CM/ECF system on August 3, 2023:

**For Plaintiffs:**
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

Sandra Daussin
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th St.
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com
Attorneys for Plaintiff

Byron Babione
Stephanie Elliott
Assistant Attorney Generals
Attorney General Office
2005 N. Central Ave4nue
Phoenix, AZ 85004
Byron.babione@azag.gov
Stephanie.elliott@azag.gove
Attorneys for State Defendants

Daniel J. O'Connor Jr.
Danny O'Connor III
O'Connor & Dyet, PC
7955 South Priest Drive
Tempe, AZ 85284
Daniel.oconnor@occlaw.com
Danny.oconnor@occlaw.com
Attorneys for Bonnie Platter, John Doe Platter,
Chelsea HerzHaft and John Doe HerzHaft

By */s/ Chrissy Verdino*