Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>                         Plaintiffs<br><br>      v.<br><br>State of Arizona, et al.,<br><br>                         Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**NOTICE OF APPEAL**<br><br>**(Hon. Douglas L. Rayes)** |

   Pursuant to Federal Rule of Appellate Procedure 4, Plaintiff hereby gives notice of his appeal to the United States Court of Appeals for the Ninth Circuit from the entry of Judgment in favor of Defendants Kirsten Wright and Stephen Wright (Doc. 105), from the district court's order granting the Wright Defendants' motion to dismiss without leave to amend as to all of Plaintiff's claims against Defendants Wright.

///

///

///

///

**RESPECTFULLY SUBMITTED** this 28th day of August 2023.

         **MILLS + WOODS LAW, PLLC**

         By */s/ Thomas A. Connelly*
         Thomas A. Connelly
         Robert T. Mills
         Sean A. Woods
         5055 North 12th Street, Suite 101
         Phoenix, AZ 85014

         DeeAn Gillespie Strub (AZ Bar #009987)
         **GILLESPIE, SHIELDS & TAYLOR**
         7319 North 16th Street
         Phoenix, Arizona 85020

         *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/*  Michelle Feltes

2