| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 20 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

AARON WOSTREL, an individual on behalf of S.W. on behalf of B.W. on behalf of C.W,

  Plaintiff-Appellant,

 v.

KRISTEN WRIGHT; STEPHEN WRIGHT,

  Defendants-Appellees,

 and

STATE OF ARIZONA,

  Defendant.

No.   23-16151

D.C. No. 2:22-cv-00312-DLR
District of Arizona,
Phoenix

ORDER

Appellant's motion (Docket Entry No. 2) for voluntary dismissal is granted.

This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

This order served on the district acts as the the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

OSA146