Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**Gillespie, Shields & Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS NICHOLAS LONG AND JANE DOE LONG**<br><br>(Hon. Douglas L. Rayes) |

Plaintiffs Aaron Wostrel, S.W, B.W., and C.W., by and through their counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby give notice of the voluntary dismissal without prejudice of all claims against Defendants Nicholas Long and Jane Doe Long asserted in Plaintiffs' Second Amended Complaint ("SAC") (Doc. 95). Voluntary dismissal under subsection (a) is appropriate since Defendants Long have not filed an answer or a motion for summary judgment to the SAC. A proposed Order is being filed contemporaneously with this Notice.

**RESPECTFULLY SUBMITTED** this 5th day of October 2023.

**MILLS + WOODS LAW, PLLC**

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

    */s/ Michelle Feltes*