1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al*., | Case No.: CV-22-00312-PHX-DLR |
| Plaintiffs | |
| v. | **[PROPOSED] ORDER** |
| State of Arizona, *et al*., | |
| Defendants. | (Hon. Douglas L. Rayes) |

The Court, having received Plaintiff's *Notice of Voluntary Dismissal of Defendants Long*, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing without prejudice all claims against Defendants Nicholas Long and Jane Doe Long in this matter.

DATED this _____ day of October 2023.