Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>　　　　　Plaintiffs<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**NOTICE OF CHANGE OF COUNSEL WITHIN THE SAME LAW FIRM**<br><br>(Hon. Douglas L. Rayes) |

　　　　Plaintiffs' counsel, Gillespie, Shields & Taylor, hereby gives notice of change of counsel within the same firm with Jenny D. Jansch of the Firm, email jjansch@gillaw.com, now represents Plaintiffs in place of Mark Shields. There are no other changes. Plaintiffs continue to be represented by DeeAn Gillespie Strub of the Firm, and Thomas Connelly of Mills + Woods Law PLLC.

///

**RESPECTFULLY SUBMITTED** this 24th day of October 2023.

**MILLS + WOODS LAW, PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By  /s/ Jenny D. Jansch

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

  /s/ Jenny D. Jansch