Shorall McGoldrick Zerlaut
1232 east missouri avenue
phoenix, az  85014
602.230.5400
602.230.5432 (fax)
firm@shorallmcgoldrick.com
Scott M. Zerlaut, #014714
scott@shorallmcgoldrick.com
Attorneys for Defendants Lay

In the United States District Court

For the District of Arizona

| | |
|---|---|
| Aaron Wostrel, et al., | CV-22-00312-PHX-DLR |
| Plaintiffs, | **Notice of Service** |
| v. | |
| State of Arizona, et al., | (Honorable Douglas L. Rayes) |
| Defendants. | |

Defendant Walter and Jodi Lay gives notice that they have served Requests for Production and Interrogatories to Plaintiff Aaron Wostrel.

Dated November 22, 2023.

                                        Shorall McGoldrick Zerlaut

                                        */s/ Scott Zerlaut*
                                          Scott Zerlaut
                                          Attorneys for Defendants Lay

**Certificate of Service**

The foregoing was electronically filed with the District Court for the District of Arizona and served upon the following using the Court's CM/ECF system on November 22, 2023:

**For Plaintiffs:**
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th St., Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com

Sandra Daussin
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th St.
Phoenix, AZ 85020
dgillespie@gillaw.com
kreeves@gillaw.com
Attorneys for Plaintiff

Byron Babione
Stephanie Elliott
Assistant Attorney Generals
Attorney General Office
2005 N. Central Ave4nue
Phoenix, AZ 85004
Byron.babione@azag.gov
Stephanie.elliott@azag.gove
Attorneys for State Defendants

Daniel J. O'Connor Jr.
Danny O'Connor III
O'Connor & Dyet, PC
7955 South Priest Drive
Tempe, AZ 85284
Daniel.oconnor@occlaw.com
Danny.oconnor@occlaw.com
Attorneys for Bonnie Platter, John Doe Platter, Chelsea HerzHaft and John Doe HerzHaft

2

By */s/ Roselyn Mosbrucker*