Kristin K. Mayes
Attorney General

Stephanie Elliott (#030872)
Michael R. Niederbaumer (#031931)
Thomas E. Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-7699
Fax: (602) 542-3393
DefensePhx@azag.gov
Stephanie.Elliott@azag.gov
Michael.Niederbaumer@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.<br><br>Defendants. | Case No. 2:22-cv-00312-PHX-DLR<br><br>**DECLARATION OF GREG MCKAY**<br><br>(Pursuant to 28 U.S.C. § 1746) |

I, Greg McKay, hereby state, under penalty of perjury, that the following information is true to the best of my information, knowledge and belief:

1. I am named as a defendant in a lawsuit filed by Aaron Wostrel and Minor Plaintiffs in the United States District Court, Case No. 2:22-cv-00312-PHX-DLR (the "Lawsuit").

2. I make this declaration from my personal knowledge and matters to which I am reliably informed, and declare its contents are true and accurate to the best of my knowledge.

3. I was Director of the Arizona Department of Child Safety ("DCS") from February 20, 2015 until September 1, 2019.

4. My employment with DCS ended on September 1, 2019.

5. I have never received a notice of claim regarding any of the allegations Plaintiff Aaron Wostrel or Minor Plaintiffs raised in the Lawsuit.

6. I have never received any notice of claim from Plaintiff Aaron Wostrel or Minor Plaintiffs.

7. I have never authorized any individual or entity to accept service of a notice of claim on my behalf in connection with allegations Plaintiff Aaron Wostrel and Minor Plaintiffs made in the Lawsuit.

8. I have not voluntarily waived service of a notice of claim before Plaintiff Aaron Wostrel and Minor Plaintiffs filed the Complaint in the Lawsuit.

9. A copy of a notice of claim was not left at my place of residence with someone of suitable age and discretion who resides at my residence for the Lawsuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1/3/2024 day of December, 2023.

DocuSigned by:
Greg McKay
467B1EA3575F45D...
Greg McKay

10408440

2