Kristin K. Mayes
Attorney General

Stephanie Elliott (#030872)
Michael R. Niederbaumer (#031931)
Thomas E. Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona  85004-1592
Telephone:  (602) 542-7699
Fax:  (602) 542-3393
DefensePhx@azag.gov
Stephanie.Elliott@azag.gov
Michael.Niederbaumer@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No.  2:22-cv-00312-PHX-DLR<br><br>**DEFENDANTS' JOINT REQUEST FOR A STATUS CONFERENCE** |

Defendants jointly request this Court set a status conference to address the current procedural status of this case. The current state of the docket reveals the need for a status conference.

This lawsuit was originally filed in Maricopa County Superior Court in November of 2021, and it was promptly removed to this Court in February of 2022. Since that time, some of the parties have engaged in motion practice in an attempt to pare down this litigation to the viable parties and claims. Several Defendants timely filed Motions to Dismiss in June 2022. (Dkt. 41, 43.) Other Defendants answered the Amended Complaint. (Dkt. 23.)

1  In response to the various Motions to Dismiss, this Court dismissed many of the defendants and claims for various reasons. (Dkt. 75.) Plaintiffs filed a Motion for Reconsideration. (Dkt. 77.) This Court granted Plaintiffs' Motion in part. (Dkt. 89.)

On June 24, 2023, Plaintiffs filed a Second Amended Complaint (dkt. 95) ostensibly to streamline the pleadings in accordance with the Court's Order. After conferring regarding deficiencies in the SAC, Plaintiffs agreed to file a Third Amended Complaint ("TAC") to correct the agreed deficiencies. Based upon the above-referenced communications, Defendants jointly believed that the filing of the TAC was imminent and requested an extension to file their Answer or other responsive pleading until Plaintiffs filed the TAC. (Dkt. 101.) Plaintiffs did not oppose the extension. (Dkt. 103.) This Court granted the extension, establishing the new deadline as "fourteen days after Plaintiffs file a Third Amended Complaint." (Dkt. 104.) As of the date of this filing, Plaintiffs have yet to file a TAC.

On September 21, 2023, Plaintiffs' counsel stated that they would not file a TAC. Because Plaintiffs decided not to file a TAC and because there was an extension of time dependent on said filing, State Defendants have filed a Partial Motion to Dismiss the SAC.

Given that this lawsuit has been pending more than two years and for most parties, this case is still in the pleading stage, Defendants jointly request a status conference to address these issues.

Kristin K. Mayes
Attorney General

*s/ Michael R. Niederbaumer*
Stephanie Elliott
Michael R. Niederbaumer
Thomas E. Young
Assistant Attorneys General
*Attorneys for State Defendants*

2

|   |   |
|---|---|
| 1 | O'Connor & Dyet |
| 2 | *s/ Danny O'Connor III* (with permission) |
| 3 | Danny O'Connor III |
| 4 | Daniel J. O'Connor, Jr. |
|   | *Attorneys for Defendant Bonnie Platter* |

Shorall McGoldrick Zerlaut

*s/ Scott M. Zerlaut* (with permission)
Scott M. Zerlaut
Thomas J. Shorall, Jr.
*Attorneys for Defendants Walter and Jodi Lay*

ORIGINAL filed via CM/ECF and a COPY e-mailed this 4th day of January, 2024 to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
**Mills + Woods Law PLLC**
5055 N. 12th Street, Suite 101
Phoenix, Arizona  85014
docket@millsandwoods.com
*Attorneys for Plaintiff*

Dee An Gillespie Strub
**Mark Shields**
**Gillespie, Shields & Taylor**
7319 N. 16th Street
Phoenix, Arizona  85020
mailroom@gillaw.com
*Attorneys for Plaintiff*

s/ *Katie Landreth*
LMS20-0147 | G202020275-1 | #11799780

3