**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. 2:22-cv-00312-PHX-DLR<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' JOINT REQUEST FOR A STATUS CONFERENCE** |

The Court, having reviewed the Defendants' Joint Request for a Status Conference and finding good cause,

**IT IS ORDERED** granting the Defendants' Joint Request for a Status Conference.

**IT IS FURTHER ORDERED** setting the Status Conference for _____.

DATED this _____ day of _____, 2024

#11799652