Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000
*Attorneys for Defendant Bonnie Platter*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, and individual; S.W., a minor, through her parent and guardian Aaron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel; and C.W., a minor through her parent and guardian AaronWostrel<br><br>Plaintiffs<br><br>v.<br><br>State of Arizona, et al.<br><br>Defendants. | Case No.: 22-cv-00312-PHX-SMB<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF JOINT REQUEST FOR STATUS CONFERENCE (DOC. 116)**<br><br>(Assigned to the Honorable Douglas Rayes) |

In response to the Court's Order (Doc. 117), Defendants hereby withdrawal their Joint Request for Status Conference. (Doc. 116). The Court correctly surmised that Defendants' primary reason for requesting a Status Conference was to amend the current Scheduling Order (Doc. 94). Defendants anticipate working with Plaintiffs' counsel to file a stipulated motion to extend deadlines, along with a new Proposed Scheduling Order, in the near future.

Dated this 11th day of January, 2024.

**O'CONNOR & DYET, P.C.**

By:/s/Danny O'Connor III
  Daniel J. O'Connor, Jr.
  Danny O'Connor III
  *Attorneys for Defendant Bonnie Platter*

| | |
|---|---|
| 1 | **KRISTIN K MAYES** |
| 2 | **ATTORNEY GENERAL** |
| 3 | By: */s/ Michael R. Niederbaumer (w/ permission)* |
| 4 | Stephanie Elliott |
| | Michael R. Niederbaumer |
| 5 | Thomas E. Young |
| | Assistant Attorneys General |
| 6 | *Attorneys for State Defendants* |
| 7 | **SHORALL MCGOLDRICK ZERLAUT** |
| 8 | |
| 9 | By: */s/ Scott M. Zerlaut* (w/ permission) |
| | Scott M. Zerlaut |
| 10 | Thomas J. Shorall, Jr. |
| | *Attorneys for Defendants Walter* |
| 11 | *and Jodi Lay* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2024, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Strub<br>Mark Shields<br>Gillespie Shields & Taylor<br>7319 N. 16th St.<br>Phoenix, AZ 85020<br>*Attorneys for Plaintiffs*<br>dgillespie@gillaw.com<br>mshield@gillaw.com | Robert Mills<br>Sean Woods<br>Thomas Connelly<br>Mills & Woods Law PLLC<br>5055 N. 12th St., Ste. 101<br>Phoenix, AZ 85014<br>*Attorneys for Plaintiffs*<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com |
| Michael Niederbaumer<br>Stephanie Elliott<br>Thomas Young<br>Assistant Attorney Generals<br>Attorney General's Office<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-1592<br>*Attorneys for State Defendants*<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov | Thomas J. Shorall, Jr.<br>Scott M. Zerlaut<br>Shorall McGoldrick Zerlaut<br>1232 E. Missouri Ave.<br>Phoenix, AZ 85014<br>tom@shorallmcgoldrick.com<br>scott@shorallmcgoldrick.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

/s/Karen Larson

- 3 -