1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>                              Plaintiffs<br><br>          v.<br><br>State of Arizona, *et al.*,<br><br>                              Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Douglas L. Rayes) |

The Court, having received Plaintiffs' *Notice of Voluntary Dismissal of Defendant Gregory McKay*, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing without prejudice all claims against Defendant Gregroy McKay in this matter.

DATED this _____ day of January 2024.


                                        _____
                                        The Honorable Douglas L. Rayes