IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, *et al.*, | |
|---|---|
| Plaintiffs | Case No.: CV-22-00312-PHX-DLR |
| v. | ORDER |
| State of Arizona, *et al.*, | (Hon. Douglas L. Rayes) |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion to Extend Scheduling Order (Doc. 94) Deadlines (Doc. _____), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, the deadlines set forth in the May 31, 2013, Order (Doc. 94) are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing written discovery | November 24, 2023 | **December 6, 2024** |
| Deadline for Plaintiff to serve expert disclosures | December 15, 2023 | **January 10, 2025** |
| Deadline for Defendants to serve expert disclosures | January 19, 2024 | **February 14, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | February 23, 2024 | **March 21, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | March 29, 2024 | **May 30, 2025** |

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

| Deadline to engage in good faith settlement talks | February 16, 2024 | **April 25, 2025** |
|---|---|---|
| Dispositive motions | April 26, 2024 | **October 10, 2025** |

**IT IS FURTHER ORDERED** that the telephonic status conference set for April 9, 2024, at 11:30 a.m. is VACATED and RESET for _____, at _____.

All other provisions of the Court's May 26, 2022, and May 31, 2023, Scheduling Orders (Docs. 39 and 94) remain in effect.

DATED this _____ day of _____, 2024.

_____
Douglas L. Rayes
United States District Judge

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2