Shorall McGoldrick Zerlaut
1232 east missouri avenue
phoenix, az  85014
602.230.5400
602.230.5432 (fax)
firm@shorallmcgoldrick.com

Scott M. Zerlaut, #014714
scott@shorallmcgoldrick.com
Attorneys for Defendants Lay

In the United States District Court

For the District of Arizona

| | |
|---|---|
| Aaron Wostrel, et al., | CV-22-00312-PHX-DLR |
| Plaintiffs, | |
| v. | **Defendants' Joint Notice of Non-Opposition to Plaintiff's Motion to Extend Scheduling Order Deadlines [Doc. 123]** |
| State of Arizona, et al., | |
| Defendants. | |

In accordance with this Court's April 1, 2024 order [Doc. 124], Defendants jointly give notice that they do not oppose Plaintiff's Motion to Extend Scheduling Order Deadlines [Doc. 123]. Defendants would have joined in a similar motion had they been given a reasonable opportunity to evaluate and respond to Plaintiff's counsel, and they dispute Plaintiff's counsel's characterization of the communications regarding this issue—although that dispute seems immaterial to the motion to extend, and this Court need not resolve it.

Dated April 2, 2024.

Shorall McGoldrick Zerlaut

/s/ Scott Zerlaut
Scott Zerlaut
Attorneys for Defendants Lay

1

Office of the Attorney General

/s/ Michael Niederbaumer
    Michael Niederbaumer
    Stephanie Elliott
    Attorneys for State Defendants

O'Connor & Dyet PC

/s/ Danny O'Connor III
    Daniel J. O'Connor, Jr.
    Danny O'Connor III
    Attorneys for Defendant Platter