IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, | No. CV-22-00312-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion to Extend Scheduling Order (Doc. 94) Deadlines (Doc. 123), there being no opposition from Defendants, and good cause appearing;

**IT IS ORDERED** that the deadlines set forth in May 26, 2022, Scheduling Order (Doc. 39), as previously amended (Doc. 94) are further amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for completing written discovery | November 24, 2023 | **December 6, 2024** |
| Deadline for Plaintiff to serve expert disclosures | December 15, 2023 | **January 10, 2025** |
| Deadline for Defendants to serve expert disclosures | January 19, 2024 | **February 14, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | February 23, 2024 | **March 21, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | March 29, 2024 | **May 30, 2025** |

| Deadline to engage in good faith settlement talks | February 16, 2024 | **April 25, 2025** |
|---|---|---|
| Dispositive motions | April 26, 2024 | **June 30, 2025** |

**IT IS FURTHER ORDERED** that the telephonic status conference set for April 9, 2024, at 11:30 a.m. is VACATED and RESET for **June 10, 2025, at 9:30 a.m.** (Arizona time).

All other provisions of the Court's May 26, 2022, and May 31, 2023, Scheduling Orders (Docs. 39 and 94) remain in effect.

Dated this 8th day of April, 2024.

Douglas L. Rayes
United States District Judge