Nathan T. Metzger (017378)
Perry E. Casazza (022838)
**METZGER LAW FIRM, PLLC**
3550 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 264-4500
Fax: (602) 264-4540
nathan.metzger@metzgerfirm.com
perry.casazza@metzgerfirm.com

*Attorneys for Defendants Walter and Jodi Lay*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,**<br><br>Plaintiffs,<br><br>vs.<br><br>**State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of** | Case No. 2:22-cv-00312-DLR<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANTS WALTER AND JODI LAY**<br><br>**AND**<br><br>**CONSENT** |

| | |
|---|---|
| 1 | **Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10,**<br><br>**Defendants.** |

It is hereby stipulated and agreed that the METZGER LAW FIRM, PLLC, by and through Nathan T. Metzger, be and are substituted in place and stead of SHORALL MCGOLDRICK ZERLAUT as attorneys for the Defendants Walter and Jodi Lay in the above-entitled action. This Stipulation is further supported by the Consent of Defendants Walter and Jodi Lay. The substituting attorney is aware of all deadlines and trial dates and will be prepared for trial.

| | |
|---|---|
| DATED **10/17/2024** | **SHORALL MCGOLDRICK ZERLAUT** |
| | By  /s/ Scottl Zerlaut – with authority |
| | Scott Zerlaut, Esq. |
| | *Present Attorneys of Record for Defendants Walter and Jodi Lay* |
| DATED **10/17/2024** | **METZGER LAW FIRM, PLLC** |
| | By  /s/ Nathan T. Metzger |
| | Nathan T. Metzger, Esq. |
| | Perry E. Casazza, Esq. |
| | *Substituting Attorneys for Defendants Walter and Jodi Lay* |

## **CONSENT**

I, Walter Lay, do hereby consent to the substitution of METZGER LAW FIRM, PLLC by and through Nathan T. Metzger, in place and stead of SHORALL MCGOLDRICK ZERLAUT.

 /s/ Walter Lay – with authority
Walter Lay

## **CONSENT**

I, Jodi Lay, do hereby consent to the substitution of METZGER LAW FIRM, PLLC by and through Nathan T. Metzger, in place and stead of SHORALL MCGOLDRICK ZERLAUT.

 /s/ Jodi Lay – with authority
Jodi Lay

**ORIGINAL electronically transmitted this 17th day of October, 2024 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:**

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Kristine Reeves, Esq.
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, AZ 85020
Dgillespie@gillaw.com
kreeves@gillaw.com
*Attorneys for Plaintiffs*

Michael R. Niederbaumer, Esq.
Stephanie Elliott, Esq.
Thomas E. Young, Esq.
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, AZ 85004
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov
*Attorneys for State Defendants*

1 | Daniel J. O'Connor, Jr. Esq.
2 | Danny O'Connor, III, Esq.
O'CONNER & DYET
3 | 7955 S. Priest Drive
Tempe, AZ 85284
4 | Daniel.OConnor@occlaw.com
Danny.oconnor@occlaw.com
5 | *Attorneys for Defendant Bonnie Platter*

6 | Scott M. Zerlaut, Esq.
7 | SHORALL MCGOLDRICK ZERLAUT
1232 East Missouri Avenue
8 | Phoenix, AZ 85014-2912
Scott.Zerlaut@azag.gov
9 | *Present Attorney for Defendants Walter and Jodi Lay*

10

11 | By: ___/s/ Tracy Ellison___