Nathan T. Metzger (017378)
Perry E. Casazza (022838)
**METZGER LAW FIRM, PLLC**
3550 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 264-4500
Fax: (602) 264-4540
nathan.metzger@metzgerfirm.com
perry.casazza@metzgerfirm.com

*Attorneys for Defendants Walter and Jodi Lay*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,**<br><br>Plaintiffs,<br><br>vs.<br><br>**State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the** | Case No. 2:22-cv-00312-DLR<br><br>**ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANTS WALTER AND JODI LAY**<br><br>**AND**<br><br>**CONSENT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17 | **Arizona Department of Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10,**<br><br>                   **Defendants.** |

Pursuant to the Stipulation for Substitution of Counsel for Defendants Walter and Jodi Lay and Consent, and good cause appearing;

IT IS ORDERED that the METZGER LAW FIRM, PLLC, by and through Nathan T. Metzger, may be and are substituted in place and stead of Shorall McGoldrick Zerlaut as counsel of record for Defendants Walter and Jodi Lay in this action.

_____
Honorable Douglas L. Rayes