# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, | No. CV-22-00312-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed the Stipulation for Substitution of Counsel for Defendants Walter and Jodi Lay and Consent (Doc. 128), and good cause appearing;

**IT IS ORDERED** that, pursuant to the stipulation, the Metzger Law Firm, PLLC, by and through Nathan T. Metzger, shall be substituted in place and stead of attorney Scott Zerlaut and the law firm Shorall McGoldrick Zerlaut as counsel of record for Defendants Walter and Jodi Lay in this action.

Dated this 17th day of October, 2024.

Douglas L. Rayes
Senior United States District Judge