Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>                    Plaintiffs<br><br>     v.<br><br>State of Arizona, *et al.*,<br><br>                    Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**PLAINTIFFS' MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES**<br><br>**(FIRST REQUEST)**<br><br>(Hon. Douglas L. Rayes) |

Plaintiffs, by and through their respective undersigned counsel, hereby submit this Motion to Extend Expert Disclosure Deadlines. Plaintiffs affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

On 30 December 2024, in discussions regarding their upcoming report deadlines, Plaintiffs' experts each requested additional time to complete their reports due to time lost over the holidays and to review additional documents for incorporation into their reports. That same day, Plaintiffs' counsel contacted all Defendants' counsel asking if they would agree informally to extend only those deadlines. **Exhibit 1** at 1. None of the defense

counsel responded to that email. A few days later, on January 3, 2025, Plaintiffs' counsel again sent an email to Defendants' counsel asking if they would agree to the short and reciprocal extensions for only the expert disclosures. *Id*. at 1-2. Again, not one defense counsel responded to Plaintiffs' counsel's email. This has been an ongoing issue where defense counsel do not respond to Plaintiffs' counsel's emails or telephone calls.

Plaintiffs seek a short extension of the deadline to serve their expert reports from January 10, 2025, until January 27, 2025, to accommodate their experts' request for the additional time. Plaintiffs offered to extend the Defendants' expert disclosure deadline for a similar period from February 15, 2025, until March 3, 2025, as well as a shorter extension of the rebuttal deadline from March 21, 2025, until March 31, 2025. Given the current scheduling order deadlines (Doc. 126), none of these extensions prejudice any party, negatively impact any other deadlines, and do not conflict with any other deadlines in this matter.

For the foregoing reasons, Plaintiffs assert that good cause exists to extend the current expert disclosure deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve expert disclosures | January 10, 2025 | **January 27, 2025** |
| Deadline for Defendants to serve expert disclosures | February 14, 2025 | **March 3, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | March 21, 2025 | **March 31, 2025** |

A proposed form of order is attached.

**RESPECTFULLY SUBMITTED** this 8th day of January 2025.

**MILLS + WOODS LAW, PLLC**

By  /s/ Thomas A. Connelly
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

## CERTIFICATION OF COUNSEL

I hereby certify that Plaintiffs made good faith attempts to meet and confer with defense counsel regarding the scheduling deadlines in this case on the dates identified above in the body of this Motion and that all those attempts were unsuccessful, as noted above in the body of this Motion.

  /s/     Thomas A. Connelly

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

  /s/     Thomas A. Connelly