

Thomas Connelly <tconnelly@millsandwoods.com>

## Wostrel v State, et al. - Request for Informal Extension of Expert Deadlines
2 messages

**Thomas Connelly** <tconnelly@millsandwoods.com>  Mon, Dec 30, 2024 at 2:16 PM
To: "Niederbaumer, Michael" <michael.niederbaumer@azag.gov>, "Young, Thomas" <Thomas.Young@azag.gov>, "Elliott, Stephanie" <stephanie.elliott@azag.gov>, "Daniel J. O'Connor, Jr." <Daniel.OConnor@occlaw.com>, Danny O'Connor <Danny.OConnor@occlaw.com>, "Jennifer St. Germain" <Jen.StGermain@occlaw.com>, "nathan.metzger@metzgerfirm.com" <nathan.metzger@metzgerfirm.com>, "perry.casazza@metzgerfirm.com" <perry.casazza@metzgerfirm.com>
Cc: Karen Larson <Karen.Larson@occlaw.com>, "Schnell, Marjorie" <Marjorie.Schnell@azag.gov>, "Lafornara, Jill" <Jill.Lafornara@azag.gov>, "Rivera, Kasey" <Kasey.Rivera@azag.gov>, laura.larson@occlaw.com, DeeAn Gillespie <dgillespie@gillaw.com>, Jenny Jansch <jjansch@gillaw.com>, Natalie Newell <NNewell@gillaw.com>, Alexander Strub <AStrub@gillaw.com>

Counsel:

Our experts have each asked for a short extension for their reports. The current deadline is January 10, 2025. Will you agree to extend that deadline to January 27, 2025?

We will agree to extend the defense expert deadline from February 15, 2025 to March 3, 2025.

And along with all that, a short extension of the rebuttal deadline from March 21, 2025 to March 31, 2025.

Please indicate whether we can agree to those extensions on an informal basis.

Thanks.

Regards,

**Tom**

Thomas A. Connelly
Mills + Woods Law PLLC
480.566.8322 | Direct
480.999.4556 | General
480.566.8322 | Fax
tconnelly@millsandwoods.com
www.millsandwoods.com

5055 North 12th Street
Suite 101
Phoenix, AZ 85014



This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4556 or by electronic mail tconnelly@millsandwoods.com.

**Thomas Connelly** <tconnelly@millsandwoods.com>  Fri, Jan 3, 2025 at 6:04 PM
To: "Niederbaumer, Michael" <michael.niederbaumer@azag.gov>, "Young, Thomas" <Thomas.Young@azag.gov>, "Elliott, Stephanie" <stephanie.elliott@azag.gov>, "Daniel J. O'Connor, Jr." <Daniel.OConnor@occlaw.com>, Danny O'Connor <Danny.OConnor@occlaw.com>, "Jennifer St. Germain" <Jen.StGermain@occlaw.com>, "nathan.metzger@metzgerfirm.com" <nathan.metzger@metzgerfirm.com>, "perry.casazza@metzgerfirm.com" <perry.casazza@metzgerfirm.com>
Cc: Karen Larson <Karen.Larson@occlaw.com>, "Schnell, Marjorie" <Marjorie.Schnell@azag.gov>, "Lafornara, Jill" <Jill.Lafornara@azag.gov>, "Rivera, Kasey" <Kasey.Rivera@azag.gov>, laura.larson@occlaw.com, DeeAn Gillespie

<dgillespie@gillaw.com>, Jenny Jansch <jjansch@gillaw.com>, Natalie Newell <NNewell@gillaw.com>, Alexander Strub <AStrub@gillaw.com>

Counsel:

We recognize it is a holiday week, but may we please have the courtesy of your response to our request to briefly extend the expert disclosure deadlines upon the parties agreement?

Thank you.

Regards,

**Tom**

Thomas A. Connelly

**Mills + Woods Law** PLLC

480.566.8322 | Direct
480.999.4556 | General
480.566.8322 | Fax
tconnelly@millsandwoods.com
www.millsandwoods.com

5055 North 12th Street
Suite 101
Phoenix, AZ 85014



This electronic mail contains information from the MILLS + WOODS Law Firm that may be confidential and privileged. The information is solely for the intended recipient. If you are not the intended recipient, you are advised that any disclosure, copying, distribution or use of this message, its contents or any attachments is prohibited. If you have received this message in error, please notify the sender immediately by telephone at 480.999.4556 or by electronic mail tconnelly@millsandwoods.com.

[Quoted text hidden]