IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, *et al.*, | |
|---|---|
| Plaintiffs | Case No.: CV-22-00312-PHX-DLR |
| v. | ORDER |
| State of Arizona, *et al.*, | (Hon. Douglas L. Rayes) |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion to Extend Expert Disclosure Deadlines (Doc. ___), and good cause appearing,

**IT IS ORDERED** granting that motion and that the expert disclosure deadlines set forth in the April 15, 2024, Order (Doc. 126) are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve expert disclosures | January 10, 2025 | **January 27, 2025** |
| Deadline for Defendants to serve expert disclosures | February 14, 2025 | **March 3, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | March 21, 2025 | **March 31, 2025** |

All other provisions of the Court's May 26, 2022, May 31, 2023, and April 15, 2024, Scheduling Orders (Docs. 39, 94, 126) remain in effect.

DATED this _____ day of _____ 2025.

_____
Douglas L. Rayes
United States District Judge