Nathan T. Metzger (017378)
Perry E. Casazza (022838)
**METZGER LAW FIRM, PLLC**
3550 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 264-4500
Fax: (602) 264-4540
nathan.metzger@metzgerfirm.com
perry.casazza@metzgerfirm.com

*Attorneys for Defendants Walter and Jodi Lay*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,**<br><br>Plaintiffs,<br><br>vs.<br><br>**State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of** | Case No. 2:22-cv-00312-DLR<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES** |

|   |   |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10,<br><br>                   Defendants. |

Having reviewed Plaintiff's Motion to Extend Expert Disclosure Deadlines, and in light of undersigned counsel for the Lays very recent entry into the case, the Defendants are not only in agreement with extending expert disclosure deadlines, but extending <u>all</u> remaining litigation deadlines in this case for 60 days.  The Lays' counsel spoke to Plaintiffs' counsel, as well as counsel for the Co-Defendants in this matter, and <u>all</u> parties are in agreement with a 60-day extension of deadlines.  To this end, the parties respectfully direct

the Court's attention to the Stipulated Motion to Extend Litigation Deadlines that has been approved by all counsel and is being filed contemporaneously herewith.

**RESPECTFULLY SUBMITTED this 14th day of January, 2025.**

**METZGER LAW FIRM, PLLC**

By   /s/ Nathan T. Metzger
    Nathan T. Metzger, Esq.
    Perry E. Casazza, Esq.
    *Attorneys for Defendants Walter and Jodi Lay*

**ORIGINAL electronically transmitted this 14th day of January, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:**

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Kristine Reeves, Esq.
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, AZ 85020
Dgillespie@gillaw.com
kreeves@gillaw.com
*Attorneys for Plaintiffs*

Michael R. Niederbaumer, Esq.
Stephanie Elliott, Esq.
Thomas E. Young, Esq.
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, AZ 85004
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov
*Attorneys for State Defendants*

Daniel J. O'Connor, Jr. Esq.
Danny O'Connor, III, Esq.
O'CONNER & DYET
7955 S. Priest Drive
Tempe, AZ 85284
Daniel.OConnor@occlaw.com
Danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

By:   /s/ Tracy Ellison