Nathan T. Metzger (017378)
Perry E. Casazza (022838)
**METZGER LAW FIRM, PLLC**
3550 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 264-4500
Fax: (602) 264-4540
nathan.metzger@metzgerfirm.com
perry.casazza@metzgerfirm.com

*Attorneys for Defendants Walter and Jodi Lay*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,**<br><br>Plaintiffs,<br><br>vs.<br><br>**State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of** | Case No. 2:22-cv-00312-DLR<br><br>**THE PARTIES' STIPULATED MOTION TO EXTEND LITIGATION DEADLINES** |

|   |   |
|---|---|
| 1 | **Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10,**<br><br>                    **Defendants.** |

The Parties, by and through their respective counsel undersigned, hereby submit this Stipulated Motion to Extend all litigation deadlines for a period of 60 days.  The parties affirm that this request is made in good faith, discussed below, and not for any purpose of delay.

Plaintiffs' counsel has already explained in Plaintiffs' companion Motion to Extend Expert Disclosure Deadlines, Plaintiffs' need for additional time for their experts to prepare and disclose their expert opinions in this matter.  In addition, as the Court should be aware,

undersigned counsel only recently (October 17, 2024) entered into the case to defend the Lays. The reason for undersigned's counsel entry into this case is that the Lays previous counsel, Scott Zerlaut, was hired by the State's Attorney General's office to become an assistant attorney general for the State of Arizona. Although the Lays' defense is being provided by the State of Arizona (they are entitled to a defense as former foster parents), because of the potential for a conflict of interest between the Lays and the State Defendants in this matter, the Defense of the Lays was reassigned to undersigned counsel.

Upon taking over the defense of the Lays, undersigned counsel procured a complete copy of former counsel's entire file. As it turns out, the file runs to several thousand pages. Undersigned counsel has only just had an opportunity to get up to speed, and now needs a reasonable opportunity to conduct needed discovery, such as depositions of the Plaintiffs, and to consider the possible need for retention of experts and to engage such experts, before the close of discovery.

For the foregoing reasons, the parties assert that good cause exists to extend the current litigation deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve expert disclosures | January 10, 2025 | **March 11, 2025** |
| Deadline for Defendants to serve expert disclosures | February 14, 2025 | **April 15, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | March 21, 2025 | **May 20, 2025** |
| Parties shall engage in Good Faith Settlement talks | April 25, 2025 | **June 24, 2025** |
| Parties shall complete fact & expert witness depos & serve final disclosures | May 30, 2025 | **July 29, 2025** |
| Parties shall file all dispositive motions | June 30, 2025 | **August 29, 2025** |

In any event, Defendants have no objection to Plaintiffs' motion to extend the expert disclosure deadlines (Doc. 130) in the event the Court does not grant this motion.

**RESPECTFULLY SUBMITTED** this 14th day of January, 2025.

**MILLS + WOODS LAW PLLC**

By: /s/ Thomas A. Connelly (with authority)
Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
*Attorneys for Plaintiff*

**METZGER LAW FIRM, PLLC**

By: /s/ Nathan T. Metzger
Nathan T. Metzger. Esq.
Perry E. Casazza, Esq.
*Attorneys for Defendants Walter and Jodi Lay*

**ASSISTANT ATTORNEYS GENERAL**

By: /s/ Michael R. Niederbaumer (with authority)
Michael R. Niederbaumer, Esq.
Stephanie Elliott, Esq.
Thomas E. Young, Esq.
*Attorneys for State Defendants*

**O'CONNER & DYET**

By: /s/ Daniel J. O'Connor (with authority)
Daniel J. O'Connor, Jr. Esq.
Danny O'Connor, III, Esq.
*Attorneys for Defendant Bonnie Platter*

**ORIGINAL** electronically transmitted this 14th day of January, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

1  Thomas A. Connelly, Esq.
   Robert T. Mills, Esq.
2  Sean A. Woods, Esq.
3  MILLS + WOODS LAW PLLC
   5055 North 12th Street, Suite 101
4  Phoenix, AZ 85014
   tconnelly@millsandwoods.com
5  rmills@millsandwoods.com
   swoods@millsandwoods.com
6  *Attorneys for Plaintiffs*

7
   DeeAn Gillespie Strub, Esq.
8  Kristine Reeves, Esq.
9  GILLESPIE, SHIELDS, & TAYLOR
   7319 North 16th Street
10 Phoenix, AZ 85020
   Dgillespie@gillaw.com
11 kreeves@gillaw.com
   *Attorneys for Plaintiffs*
12

13 Michael R. Niederbaumer, Esq.
   Stephanie Elliott, Esq.
14 Thomas E. Young, Esq.
   Assistant Attorneys General
15 2005 N. Central Avenue
16 Phoenix, AZ 85004
   Michael.Niederbaumer@azag.gov
17 Stephanie.Elliott@azag.gov
   Thomas.Young@azag.gov
18 *Attorneys for State Defendants*

19
   Daniel J. O'Connor, Jr. Esq.
20 Danny O'Connor, III, Esq.
   O'CONNER & DYET
21 7955 S. Priest Drive
   Tempe, AZ 85284
22 Daniel.OConnor@occlaw.com
23 Danny.oconnor@occlaw.com
   *Attorneys for Defendant Bonnie Platter*
24

25
   By:   /s/ Tracy Ellison