# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel; et al., | CV 22-00312-PHX-DLR |
| Plaintiffs | **ORDER** |
| v. | (Hon. Douglas L. Rayes) |
| State of Arizona; et al., | |
| Defendants. | |

The Court having reviewed Plaintiffs' Motion to Extend Litigation Deadlines, and good cause appearing,

**IT IS ORDERED** granting the Stipulated Motion and that the litigation deadlines are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve expert disclosures | January 10, 2025 | **March 11, 2025** |
| Deadline for Defendants to serve expert disclosures | February 14, 2025 | **April 15, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | March 21, 2025 | **May 20, 2025** |
| Parties shall engage in Good Faith Settlement talks | April 25, 2025 | **June 24, 2025** |

| Parties shall complete fact & expert witness depos & serve final disclosures | May 30, 2025 | **July 29, 2025** |
| --- | --- | --- |
| Parties shall file all dispositive motions | June 30, 2025 | **August 29, 2025** |

Douglas L. Rayes
United States District Court