# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel,<br><br>          Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>          Defendants. | No. CV-22-00312-PHX-DLR<br><br>**ORDER** |

The Court having reviewed Plaintiffs' Motion to Extend Expert Disclosure Deadlines, the response filed on behalf of the Lay Defendants, and the Parties' Stipulated Motion to Extend Litigation Deadlines (Docs. 130, 134, 135), and good cause appearing;

**IT IS ORDERED** that the motions (Docs. 130, 135) are **GRANTED**. The deadlines set forth in the Court's May 26, 2022, Scheduling Order (Doc. 39), as previously amended (Docs. 94, 126), are further amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve expert disclosures | January 10, 2025 | **March 11, 2025** |
| Deadline for Defendants to serve expert disclosures | February 14, 2025 | **April 15, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | March 21, 2025 | **May 20, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | May 30, 2025 | **July 29, 2025** |

| Deadline to engage in good faith settlement talks | April 25, 2025 | **June 24, 2025** |
|---|---|---|
| Dispositive motions | June 30, 2025 | **August 29, 2025** |

**IT IS FURTHER ORDERED** that the telephonic status conference set for June 10, 2025, at 9:30 a.m. is VACATED. Within **7 days** of the close of discovery, the parties shall jointly file a notice with the Court advising whether or not either party intends to file a dispositive motion. If neither party intends to do so, the Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126) remain in effect.

Dated this 14th day of January, 2025.

Douglas L. Rayes
Senior United States District Judge