1  Michael R. Niederbaumer (#031931)
   Stephanie Elliott (#030872)
2  Thomas Young (#036934)
   Assistant Attorneys General
3  2005 North Central Avenue
   Phoenix, Arizona  85004-1592
4  Telephone: (602) 542-8346 (M.Niederbaumer)
   Fax: (602) 542-3393
5  DefensePhx@azag.gov
   Michael.Niederbaumer@azag.gov
6  Stephanie.Elliott@azag.gov
   Thomas.Young@azag.gov
7
   *Attorneys for State Defendants*
8
                **IN THE UNITED STATES DISTRICT COURT**
9
                **FOR THE DISTRICT OF ARIZONA**
10

| 11  Aaron Wostrel, et al. | Case No. 2:22-cv-00312-PHX-DLR |
|---|---|
| 12                 Plaintiffs, | |
| 13  v. | **NOTICE OF SERVICE OF** |
| 14 | **STATE DEFENDANTS'** |
| 15  State of Arizona, et al., | **SERVICE OF DISCOVERY** |
| 16                 Defendants. | |

17         Defendants Michael Faust, Emelinda Diaz, Cheryl Kelly, Paulinus Obika, Jennifer

18  Alexander, Amber Gattie, Nicole Kaplan, and Bryan Adams ("State Defendants"),

19  through undersigned counsel, give notice that they served all parties with State

20  Defendants' 2nd Supplemental Disclosure Statement, supplemental privilege log,

21  Response to Plaintiffs' First Set of Interrogatories, and Response to Plaintiffs' First Set of

22  Requests for Production of Documents on January 22, 2025, via electronic mail.

23

24         Dated this 22nd day of January, 2025

25

26                                      Office of the Arizona Attorney General

27                                      *s/Michael R. Niederbaumer*
                                        Michael R. Niederbaumer
28                                      Stephanie Elliott

Thomas Young
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Dee An Gillespie Strub
Jenny Jansch
Natalie Newell
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
jjansch@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Conner
Danny O'Connor, III
O'Conner & Dyet
7955 S. Priest Drive
Tempe, AZ  85284
daniel.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Perry E. Casazza
**Metzger Law Firm, PLLC**
3550 N. Central Ave., Ste. 1800
Phoenix, AZ 85012
*Nathan.metzger@metzgerfirm.com*
*Perry.casazza@metzgerfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*

*s/ Tatiana Nunez*