Nathan T. Metzger (017378)
Perry E. Casazza (022838)
**METZGER LAW FIRM, PLLC**
3550 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 264-4500
Fax: (602) 264-4540
nathan.metzger@metzgerfirm.com
perry.casazza@metzgerfirm.com

*Attorneys for Defendants Walter and Jodi Lay*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of** | Case No. 2:22-cv-00312-DLR<br><br>**NOTICE OF CHANGE OF LAW FIRM**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

|   |   |
|---|---|
| 1 | **Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10,**

**Defendants.** |

Defendants, Walter and Jodi Lay, by and through counsel undersigned, hereby provide notice to the Court that, effective February 1, 2025, attorneys Nathan T. Metzger and Perry E. Casazza will no longer be associated with the Metzger Law Firm, PLLC. Beginning February 1, 2025, all documents and communications related to this matter should be directed to Defendants Walter and Jodi Lay's counsel, Nathan T. Metzger and Perry E. Casazza, at the following address, telephone number and e-mail:

Nathan T. Metzger
nmetzger@grassolawfirm.com
Perry E. Casazza
pcasazza@grassolawfirm.com
Grasso Law Firm
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Defendants, Walter and Jodi Lay, respectfully request that the Court and the parties update their contact lists accordingly.

**RESPECTFULLY SUBMITTED this 30th day of January, 2025.**

                     **METZGER LAW FIRM, PLLC**


By    /s/ Nathan T. Metzger
       Nathan T. Metzger, Esq.
       Perry E. Casazza, Esq.
       *Attorneys for Defendants Walter and Jodi Lay*


**ORIGINAL electronically transmitted this 30th day of January, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:**

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

1  DeeAn Gillespie Strub, Esq.
   Kristine Reeves, Esq.
2  GILLESPIE, SHIELDS, & TAYLOR
3  7319 North 16th Street
   Phoenix, AZ 85020
4  Dgillespie@gillaw.com
   kreeves@gillaw.com
5  *Attorneys for Plaintiffs*

6
   Michael R. Niederbaumer, Esq.
7  Stephanie Elliott, Esq.
   Thomas E. Young, Esq.
8  Assistant Attorneys General
   2005 N. Central Avenue
9  Phoenix, AZ 85004
10 Michael.Niederbaumer@azag.gov
   Stephanie.Elliott@azag.gov
11 Thomas.Young@azag.gov
   *Attorneys for State Defendants*
12

13 Daniel J. O'Connor, Jr. Esq.
   Danny O'Connor, III, Esq.
14 O'CONNER & DYET
   7955 S. Priest Drive
15 Tempe, AZ 85284
16 Daniel.OConnor@occlaw.com
   Danny.oconnor@occlaw.com
17 *Attorneys for Defendant Bonnie Platter*

18
   By:   /s/ Tracy Ellison
19

20

21

22

23

24

25