Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR & DYET, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000

*Attorneys for Defendant Bonnie Platter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-SMB |
| Plaintiffs, | **STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| State of Arizona, et al., | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 16(b)(4) and LRCiv 7.3, the parties, through undersigned counsel, hereby submit this Stipulated Motion to Extend the deadlines in the Court's current Scheduling Order. (Doc. 136). This request is made in good faith not for purposes of delay.

The Court recently extended deadlines in January, to accommodate Plaintiff's experts and newly substituted defense counsel. Since then, the parties have attempted to schedule depositions and independent psychological examinations ("IPEs") of Plaintiffs. However, this has been complicated by several factors: (1) Plaintiffs reside in Texas and object to traveling to conduct them in Arizona; (2) Defendants are sensitive to the fact that the minor Plaintiffs have busy school schedules, and have no desire to interrupt them to the extent it can be avoided; and (3) Defendants' psychological expert resides in California, required additional licensure to practice in Texas, and will be out of the country for the second half of April.

The parties have informally resolved their disputes over the terms of this discovery (everything will be conducted in Texas at times most convenient for Plaintiffs) but will likely require additional time to accomplish it. The parties anticipate scheduling the IPEs in early April, but Defendants' expert will require at least three weeks to analyze the data gathered from the IPEs, and prepare an expert report for disclosure, after returning from travel. Consequently, Defendants believe the soonest their expert disclosure could be prepared is mid-May. To avoid additional missed school days, the parties also anticipate scheduling Plaintiffs' depositions in late-May or early-June, after the minor Plaintiffs have started their summer break.

Additionally, Plaintiffs learned on or about March 7, 2025, that their standard of care expert had neck surgery earlier that week and would not be able to complete his report for approximately two months as he recovered from that surgery.

For these reasons, good cause exists to amend the current Scheduling Order, and the parties respectfully request all current deadlines be extended approximately sixty (60) days. While the parties acknowledge and regret their inability to comply with the Court's "strict policy not to extend the dispositive motion deadline beyond the two-year anniversary of the date of commencement of an action," (Doc. 123), the parties respectfully submit that the majority of the time and effort in this case thus far has been spent at the pleadings stage, with the Court adjudicating several rounds of motions to dismiss. (*See* Docs. 75 and 127). Consequently, costly discovery, particularly expert discovery, has been largely deferred until necessary.

Accordingly, the parties respectfully request that the Scheduling Order be modified as follows:

| Event Deadline | Current Deadline | New Deadline |
| --- | --- | --- |
| Plaintiff deadline to serve expert disclosures | March 11, 2025 | **May 30, 2025** |
| Defendants deadline to serve expert disclosures | April 15, 2025 | **June 27, 2025** |

| | | |
|---|---|---|
| Plaintiff deadline to serve rebuttal expert disclosures | May 20, 2025 | **July 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | July 29, 2025 | **September 26, 2025** |
| Deadline to participate in Good Faith settlement talks | June 24, 2025 | Not extending |
| File Dispositive Motions | August 29, 2025 | **October 31, 2025** |

Respectfully submitted this 19th day of March, 2025.

**O'CONNOR & DYET, P.C.**

By: /s/ *Danny O'Connor III*
   Daniel J. O'Connor, Jr.
   Danny O'Connor III
   *Attorneys for Defendant Bonnie Platter*

**MILLS + WOODS LAW PLLC**

By: /s/ *Thomas A. Connelly (w/ permission)*
   Thomas A. Connelly, Esq.
   Robert T. Mills, Esq.
   Sean A. Woods, Esq.
   *Attorneys for Plaintiffs*

**METZGER LAW FIRM, PLLC**

By: /s/ *Nathan T. Metzger (w/ permission)*
   Nathan T. Metzger. Esq.
   Perry E. Casazza, Esq.
   *Attorneys for Defendants Lay*

**ATTORNEY GENERAL'S OFFICE**

By: /s/ *Michael R. Niederbaumer (w/ permission)*
   Michael R. Niederbaumer, Esq.
   Stephanie Elliott, Esq.
   Thomas E. Young, Esq.
   *Attorneys for State Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Jenny D. Jansch<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>jjansch@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Perry E. Casazza<br>Grasso Law Firm<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>pcasazza@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

/s/*Laura Larson*