# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-SMB |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

The Court, having reviewed the parties' Stipulated Motion to Extend Deadlines (Doc. 139), and good cause appearing;

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines set forth in the Court's current Scheduling Order (Doc. 136) are amended as follows:

| Event Deadline | Current Deadline | New Deadline |
|---|---|---|
| Plaintiff deadline to serve expert disclosures | March 11, 2025 | **May 30, 2025** |
| Defendants deadline to serve expert disclosures | April 15, 2025 | **June 27, 2025** |
| Plaintiff deadline to serve rebuttal expert disclosures | May 20, 2025 | **July 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | July 29, 2025 | **September 26, 2025** |
| Deadline to participate in Good Faith settlement talks | June 24, 2025 | Not extending |
| File Dispositive Motions | August 29, 2025 | **October 31, 2025** |

DATED: _____

_____
Douglas L. Rayes
Senior United States District Judge