# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>        Defendants. | No. CV-22-00312-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Stipulated Motion to Extend Deadlines (Doc. 139), and good cause appearing;

**IT IS ORDERED** that the stipulated motion (Docs. 139) is **GRANTED**. The deadlines set forth in the Court's May 26, 2022, Scheduling Order (Doc. 39), as previously amended (Docs. 94, 126, 136), are further amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to serve expert disclosures | March 11, 2025 | **May 30, 2025** |
| Deadline for Defendants to serve expert disclosures | April 15, 2025 | **June 27, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | May 20, 2025 | **July 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | July 29, 2025 | **September 26, 2025** |
| Deadline to engage in good faith settlement talks | June 24, 2025 | Not extending |

| Dispositive motions | August 29, 2025 | **October 31, 2025** |

**IT IS FURTHER ORDERED** that within **7 days** of the close of discovery, the parties shall jointly file a notice with the Court advising whether or not either party intends to file a dispositive motion. If neither party intends to do so, the Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126, 136) remain in effect.

Dated this 20th day of March, 2025.

Douglas L. Rayes
Senior United States District Judge

- 2 -