| | |
|---|---|
| 1 | Daniel J. O'Connor, Jr., Bar No. 010081 |
| 2 | Danny O'Connor, III, Bar No. 034188<br>**O'CONNOR LAW P.C.** |
| 3 | 7955 South Priest Drive<br>Tempe, AZ 85284 |
| 4 | daniel.oconnor@occlaw.com |
| 5 | danny.oconnor@occlaw.com<br>602-241-7000 |
| 6 | *Attorneys for Defendant Bonnie Platter* |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-DLR |
|---|---|
| Plaintiffs, | **DEFENDANT'S NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |
| v. | |
| State of Arizona, et al., | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

Defendant Bonnie Platter, through undersigned counsel, hereby notify the Court and counsel of the following change to the name and e-mail addresses of the undersigned law firm:

**O'CONNOR LAW P.C.**
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com

Please note: the address, telephone and facsimile numbers will remain the same.

1  Dated this 30th day of April 2025.

2                                                              **O'CONNOR LAW P.C.**

4                                                              By: /s/ *Daniel J. O'Connor, Jr.*
                                                                  Daniel J. O'Connor, Jr.
5                                                                 Danny O'Connor, III
                                                                  *Attorneys for Defendant Bonnie Platter*

# CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Jenny D. Jansch<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>jjansch@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Perry E. Casazza<br>Grasso Law Firm<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>pcasazza@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

By: */s/ T. Gation*