**GRASSO LAW FIRM**

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Nathan T. Metzger, Bar No. 017378
Perry E. Casazza, Bar No. 022838
nmetzger@grassolawfirm.com
pcasazza@grassolawfirm.com
*Attorneys for Defendants Walter and Jodi Lay*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an | Case No. 2:22-cv-00312-DLR<br><br>**DEFENDANTS WALTER AND JODI LAY'S<br>NOTICE OF SERVICE TO PLAINTIFFS**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

1

| | |
|---|---|
| employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10, | |
| Defendants. | |

Notice is hereby given that Defendants, Walter and Jodi Lay, by and through counsel undersigned, and pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(C), have on this date served upon the parties, via e-mail:

1. Notice of Deposition of Plaintiff Aaron Wostrel;

2. Notice of Deposition of Plaintiff Cheyenne Wostrel;

3. Notice of Deposition of Plaintiff Brooklyn Wostrel; and

4. Notice of Deposition of Plaintiff Serenity Wostrel.

///

///

///

2

RESPECTFULLY SUBMITTED this 27th day of May, 2025.

**GRASSO LAW FIRM, P.C.**

By /s/ Nathan T. Metzger
Nathan T. Metzger
Perry E. Casazza
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendants Walter and Jodi Lay*

ORIGINAL electronically transmitted this 27th day of May, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.
Sean A. Woods, Esq.
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
rmills@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub, Esq.
Kristine Reeves, Esq.
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, AZ 85020
Dgillespie@gillaw.com
kreeves@gillaw.com
*Attorneys for Plaintiffs*

Michael R. Niederbaumer, Esq.
Stephanie Elliott, Esq.
Thomas E. Young, Esq.
Assistant Attorneys General
2005 N. Central Avenue
Phoenix, AZ 85004
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov
*Attorneys for State Defendants*

3

1  Daniel J. O'Connor, Jr. Esq.
   Danny O'Connor, III, Esq.
2  O'CONNER LAW P.C.
   7955 S. Priest Drive
3  Tempe, AZ 85284
4  daniel.oconnor@occlaw.com
   danny.oconnor@occlaw.com
5  *Attorneys for Defendant Bonnie Platter*

6  By /s/ Tracy Ellison

4