Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR LAW P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000

Attorneys for Defendant Bonnie Platter

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-SMB |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF INDEPENDENT PSYCHOLOGICAL EXAMINATIONS** |
| v. | |
| State of Arizona, et al., | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

NOTICE is hereby given that on May 19, 2025, Defendant Platter served all counsel via email only:

1.  Defendants' Notice of Independent Psychological Evaluation for minor, B.W. and;

2.  Defendants' Notice of Independent Psychological Evaluation for minor, C.W.;

Dated this 28th day of May 2025.

                                              **O'CONNOR LAW P.C.**

                                              By: */s/Danny O'Connor III*
                                                    Daniel J. O'Connor, Jr.
                                                    Danny O'Connor III
                                                    *Attorneys for Defendant Bonnie Platter*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Jenny D. Jansch<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>jjansch@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Perry E. Casazza<br>Grasso Law Firm<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>pcasazza@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

By: /s/*J St Germain*