**GRASSO**
— LAW FIRM —

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Nathan T. Metzger, Bar No. 017378
Perry E. Casazza, Bar No. 022838
nmetzger@grassolawfirm.com
pcasazza@grassolawfirm.com
*Attorneys for Defendants Walter and Jodi Lay*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,<br><br>Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Long, his spouse; Jennifer Alexander, individually and as an | Case No. 2:22-cv-00312-DLR<br><br>**DEFENDANTS WALTER AND JODI LAY'S NOTICE OF SERVICE OF AMENDED NOTICE OF DEPOSITION OF SERENITY WOSTREL**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

1

| | |
|---|---|
| 1 | employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10, |

Defendants.

Notice is hereby given that Defendants, Walter and Jodi Lay, by and through counsel undersigned, and pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(C), have on this date served upon the parties, via e-mail, the Amended Notice of Deposition of Plaintiff Serenity Wostrel.

RESPECTFULLY SUBMITTED this 5th day of June, 2025.

                            **GRASSO LAW FIRM, P.C.**

                        By    /s/ Nathan T. Metzger
                                Nathan T. Metzger
                                Perry E. Casazza
                                3075 West Ray Road, Suite 110
                                Chandler, Arizona 85226
                                *Attorneys for Defendants Walter and Jodi Lay*

ORIGINAL electronically transmitted this 5th day of June, 2025 to the Clerk for the U.S. District Court, District of Arizona, by using CM/ECF for filing and electronic copy to:

| | |
|---|---|
| 1 | Thomas A. Connelly, Esq. |
| 2 | Robert T. Mills, Esq. |
| 3 | Sean A. Woods, Esq. |
|   | MILLS + WOODS LAW PLLC |
| 4 | 5055 North 12th Street, Suite 101 |
|   | Phoenix, AZ 85014 |
| 5 | tconnelly@millsandwoods.com |
| 6 | rmills@millsandwoods.com |
|   | swoods@millsandwoods.com |
| 7 | *Attorneys for Plaintiffs* |
| 8 | |
|   | DeeAn Gillespie Strub, Esq. |
| 9 | Kristine Reeves, Esq. |
|   | GILLESPIE, SHIELDS, & TAYLOR |
| 10 | 7319 North 16th Street |
|   | Phoenix, AZ 85020 |
| 11 | Dgillespie@gillaw.com |
| 12 | kreeves@gillaw.com |
|   | *Attorneys for Plaintiffs* |
| 13 | |
| 14 | Michael R. Niederbaumer, Esq. |
|   | Stephanie Elliott, Esq. |
| 15 | Thomas E. Young, Esq. |
|   | Assistant Attorneys General |
| 16 | 2005 N. Central Avenue |
| 17 | Phoenix, AZ 85004 |
|   | Michael.Niederbaumer@azag.gov |
| 18 | Stephanie.Elliott@azag.gov |
| 19 | Thomas.Young@azag.gov |
|   | *Attorneys for State Defendants* |
| 20 | |
| 21 | Daniel J. O'Connor, Jr. Esq. |
|   | Danny O'Connor, III, Esq. |
| 22 | O'CONNER LAW P.C. |
|   | 7955 S. Priest Drive |
| 23 | Tempe, AZ 85284 |
| 24 | daniel.oconnor@occlaw.com |
|   | danny.oconnor@occlaw.com |
| 25 | *Attorneys for Defendant Bonnie Platter* |
| 26 | By /s/ Tracy Ellison |