Office of the Arizona Attorney General, Kris Mayes
Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Thomas Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8346 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. 2:22-cv-00312-PHX-DLR<br><br>**NOTICE OF SERVICE OF STATE DEFENDANTS' SERVICE OF DISCOVERY** |

Defendants Michael Faust, Emelinda Diaz, Cheryl Kelly, Paulinus Obika, Jennifer Alexander, Amber Gattie, Nicole Kaplan, and Bryan Adams ("State Defendants"), through undersigned counsel, give notice that they served all parties with State Defendants' 3rd Supplemental Disclosure Statement on June 26, 2025, via electronic mail.

Dated this 27th day of June 2025

                                            Office of the Arizona Attorney General

                                            *s/Michael R. Niederbaumer*
                                            Michael R. Niederbaumer
                                            Stephanie Elliott
                                            Thomas Young
                                            Assistant Attorneys General
                                            *Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Dee An Gillespie Strub
Jenny Jansch
Natalie Newell
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
jjansch@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Conner
Danny O'Connor, III
O'Conner & Dyet
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226
*Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*


*s/ Tatiana Nunez*