Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR LAW, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000

*Attorneys for Defendant Bonnie Platter*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-SMB |
|---|---|
| Plaintiffs, | **JOINT MOTION TO EXTEND EXPERT DEADLINE** |
| v. | (Third Request) |
| State of Arizona, et al., | |
| Defendants. | (Assigned to the Honorable Douglas L. Rayes) |

Pursuant to FED. R. CIV. P. 16(b)(4) and LRCiv 7.3, Defendants, through undersigned counsel, jointly move to extend the current expert disclosure deadlines in the Court's Scheduling Order (Doc. 140) by **thirty (30) days**. Defendants believe this Joint Motion is unopposed.[1] This is the parties' third request to extend various deadlines in this matter. This request is made in good faith and not for purposes of delay.

The Court last extended deadlines in March, to accommodate the scheduling of depositions and IPEs of the Plaintiffs who reside in Texas. Good cause exists to extend Defendants' expert disclosure deadline an additional thirty days because the parties have

---

[1] Plaintiff's counsel agreed to the extension in principle but did not respond to undersigned counsel's proposed stipulated motion prior to filing.

worked diligently to complete the out-of-state depositions and IPEs. Unfortunately, the IPE of Plaintiff S.W. was delayed due to her moving from Dallas to San Antonio and seeking different representation in this matter, preventing any counsel from coordinating her appearances. Her IPE was eventually completed on June 24, 2025, just three days before Defendants' disclosure deadline on June 27, 2025. Consequently, Defendants' psychological expert needs additional time to review and interpret the tests conducted during the IPEs, and prepare her report. The remaining deadlines set forth in the current Scheduling Order (Doc 140) will be unaffected.

Accordingly, Defendants respectfully request the Scheduling Order be modified as follows:

| Event Deadline | Current Deadline | New Deadline |
| --- | --- | --- |
| Defendants' deadline to serve expert disclosures | June 27, 2025 | **July 25, 2025** |
| Deadline to serve rebuttal expert disclosures | July 25, 2025 | **August 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | September 26, 2025 | Not extending |
| Deadline to file dispositive motions | October 31, 2025 | Not extending |

Respectfully submitted this 27th day of June, 2025.

**O'CONNOR LAW, P.C.**

By: /s/ *Danny O'Connor III*
　　Daniel J. O'Connor, Jr.
　　Danny O'Connor III
　　*Attorneys for Defendant Bonnie Platter*

**GRASSO LAW FIRM**

By: /s/ *Nathan T. Metzger (w/ permission)*
　　Nathan T. Metzger. Esq.
　　*Attorneys for Defendants Lay*

**ATTORNEY GENERAL'S OFFICE**

By: /s/ *Michael R. Niederbaumer (w/ permission)*
    Michael R. Niederbaumer, Esq.
    Stephanie Elliott, Esq.
    Thomas E. Young, Esq.
    *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Jenny D. Jansch<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>jjansch@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Grasso Law Firm<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

By: /s/ *J. Garcia*