# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-SMB |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

The Court, having reviewed the parties' Joint Motion to Extend Deadlines (Doc. 150), and good cause appearing;

**IT IS ORDERED** that the Motion is **GRANTED**. The deadlines set forth in the Court's current Scheduling Order (Doc. 140) are amended as follows:

| Event Deadline | Current Deadline | New Deadline |
|---|---|---|
| Defendants' deadline to serve expert disclosures | June 27, 2025 | **July 25, 2025** |
| Deadline to serve rebuttal expert disclosures | July 25, 2025 | **August 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | **September 26, 2025** | Not extending |
| Deadline to file dispositive motions | October 31, 2025 | Not extending |

DATED: _____

                                                Douglas L. Rayes
                                                Senior United States District Judge