Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**PLAINTIFFS' RESPONSE TO JOINT MOTION TO EXTEND EXPERT DEADLINES AND THIRD STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(THIRD REQUEST)**<br><br>(Hon. Douglas L. Rayes) |

On June 27, 2025, Defendants filed a Joint Motion to Extend Expert Deadline (Third Request) (Doc. 150). The motion set forth facts that all parties agreed were good cause for extending Defendants' expert disclosure deadline and Plaintiffs' rebuttal expert disclosure deadline. The motion failed to indicate Plaintiffs' position on those extensions.

On June 30, 2025, the Court ordered Plaintiffs to either (1) file a response to the motion, or (2) file a notice of non-opposition. *See* (Doc. 151).

Upon further consideration and discussion, the parties agree and stipulate that the same reasons for extending the remaining expert disclosure deadlines are equally good cause for extending the expert and lay witness deposition deadlines and the dispositive motions deadline. Additional good cause exists in that the extension of the expert disclosure deadlines creates logistical issues in scheduling and completing the remaining lay witness and expert witness depositions by the current deadline of September 26, 2025, including the fact that certain lay and party witnesses are on vacation far outside Arizona and do not return to Arizona until October, thus making it impossible to schedule their in-person depositions in Arizona, their regular place of residence, to avoid the prohibitive and otherwise unnecessary time and expense in traveling far out-of-state to conduct those depositions.

Plaintiffs sought the input and position of Defendants Walter and Jodi Lay but received word from their counsel's office that their lead counsel, Mr. Metzger, is out of town and may not be checking his voicemail or email.

For the foregoing reasons, the other parties through their respective counsel undersigned assert that good cause exists to extend the current scheduling order deadlines as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Defendants to serve expert disclosures | June 27, 2025 | **July 29, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | July 25, 2025 | **August 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | September 26, 2025 | **October 31, 2025** |
| Dispositive motions | October 31, 2025 | **December 1, 2025** |

A proposed form of order is attached.

2

**RESPECTFULLY SUBMITTED** this 2nd day of July 2025.

**MILLS + WOODS LAW, PLLC**

By *s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

Kristin K. Mayes
Attorney General

*s/ Michael R. Niederbaumer* *(by permission)*
Michael R. Niederbaumer
Stephanie Elliott
Thomas E. Young
Assistant Attorneys General
*Attorneys for State Defendants*

O'Connor Law, P.C.

*s/ Daniel J. O'Connor III* *(by permission)*
Daniel J. O'Connor, Jr.
Daniel J. O'Connor III
*Attorneys for Defendant Bonnie Platter*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556