IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, *et al.*, | |
|---|---|
| Plaintiffs | Case No.: CV-22-00312-PHX-DLR |
| v. | ORDER |
| State of Arizona, *et al.*, | (Hon. Douglas L. Rayes) |
| Defendants. | |

The Court having reviewed the parties' Third Stipulation to Extend Scheduling Order Deadlines (Doc. 152), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, the deadlines set forth in the May 31, 2013, Order (Doc. 94) are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Defendants to serve expert disclosures | June 27, 2025 | **July 29, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | July 25, 2025 | **August 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | September 26, 2025 | **October 31, 2025** |
| Dispositive motions | October 31, 2025 | **December 1, 2025** |

**IT IS FURTHER ORDERED** that within 7 days of the close of discovery, the parties shall jointly file a notice with the Court advising whether or not any party intends to file a dispositive motion. If no party intends to do so, thte Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126, 136, 140) remain in effect.

DATED this ___ day of _____ 2025.

_____
Douglas L. Rayes
United States District Judge