# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, | No. CV-22-00312-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed the Joint Motion to Extend Expert Deadlines (Doc. 150), and Plaintiffs' response thereto which includes a stipulation to extend other scheduling deadlines (Doc. 152), and good cause appearing;

**IT IS ORDERED** that the joint motion (Docs. 150) and stipulation (Doc. 152) are **GRANTED**. The deadlines set forth in the Court's May 26, 2022, Scheduling Order (Doc. 39), as previously amended (Docs. 94, 126, 136, 140), are further amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Defendants to serve expert disclosures | June 27, 2025 | **July 29, 2025** |
| Deadline for Plaintiff to serve rebuttal expert disclosures | July 25, 2025 | **August 25, 2025** |
| Deadline to complete fact and expert witness depositions and serve final disclosures | September 26, 2025 | **October 31, 2025** |
| Dispositive motions | October 31, 2025 | **December 1, 2025** |

**IT IS FURTHER ORDERED** that within **7 days** of the close of discovery, the parties shall jointly file a notice with the Court advising whether or not either party intends to file a dispositive motion. If neither party intends to do so, the Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126, 136, 140) remain in effect.

Dated this 7th day of July, 2025.

Douglas L. Rayes
Senior United States District Judge