# GRASSO
## LAW FIRM

3075 West Ray Road, Suite 110
Chandler, Arizona 85226
(480) 739-1200

Nathan T. Metzger, Bar No. 017378
Karl J. Gruse, Bar No. 020170
nmetzger@grassolawfirm.com
kgruse@grassolawfirm.com
minuteentries@grassolawfirm.com
*Attorneys for Defendants Walter and Jodi Lay*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, an individual; S.W., a minor, through her parent and guardian Arron Wostrel; B.W., a minor, through her parent and guardian Aaron Wostrel, and C.W., a minor, through her parent and guardian Aaron Wostrel,<br><br>    Plaintiffs,<br><br>vs.<br><br>State of Arizona, a governmental entity; Arizona Department of Child Safety, a governmental entity; Michael Faust, as Director, Arizona Department of Child Safety; Amber Gattie, individually and as an employee of the Arizona Department of Child Safety, and John Doe Gattie, her spouse; Emelinda Diaz, individually and as an employee of the Arizona Department of Child Safety, and John Doe Diaz, her spouse; Cheryl Kelly, individually and as an employee of the Arizona Department of Child Safety, and John Doe Kelly, her spouse; Paulinus Obika, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Obika, his spouse; Nicholas Long, individually and as an employee of the Arizona Department of Child Safety, and Jane | Case No. 2:22-cv-00312-DLR<br><br>**DEFENDANTS WALTER AND JODI LAY'S NOTICE OF SERVICE OF JOINDER IN DEFENDANT PLATTER'S RULE 26(A)(1) FIRST SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Douglas L. Rayes) |

1

Doe Long, his spouse; Jennifer Alexander, individually and as an employee of the Arizona Department of Child Safety, and John Doe Alexander, her spouse; Nicole Kaplan, individually and as an employee of the Arizona Department of Child Safety, and John Kaplan, her spouse; Bryan Adams, individually and as an employee of the Arizona Department of Child Safety, and Jane Doe Adams, his spouse; Kirsten Wright, individually and John Doe Wright, her spouse; Chelsea Herzaft, individually and as an employee of the State of Arizona, and John Doe Herzaft, her spouse; Danielle Fisher, individually and as an agent of the Arizona Department of Child Safety, and John Doe Fisher, her spouse; Gregory McKay, as former Director, Arizona Department of Child Safety; Bonnier Platter, individually and as an employee of the State of Arizona, and John Doe Platter, her spouse; Walter Lay and Jodi Lay, a married couple; John and Jane Does 1-10; Black Entities 1-10,

Defendants.

Notice is hereby given that Defendants, Walter and Jodi Lay, by and through counsel undersigned, and pursuant to Federal Rules of Civil Procedure Rule 26(a)(1)(C), have on this date served upon the parties, via e-mail, their Joinder in Defendant Bonnie Platter's Rule 26(A)(1) First Supplemental Disclosure Statement.

RESPECTFULLY SUBMITTED this 31st day of July, 2025.

**GRASSO LAW FIRM, P.C.**

By    /s/ Nathan T. Metzger
Nathan T. Metzger
Karl J. Gruse
3075 West Ray Road, Suite 110
Chandler, Arizona 85226
*Attorneys for Defendants Walter and Jodi Lay*

2

1

## **CERTIFICATE OF SERVICE**

2

Electronically transmitted this 31st day of July, 2025 to the Clerk for the U.S.

3

District Court, District of Arizona, by using CM/ECF for filing and an electronic copy to:

4

5

Thomas A. Connelly, Esq.
Robert T. Mills, Esq.

6

Sean A. Woods, Esq.
MILLS + WOODS LAW PLLC

7

5055 North 12th Street, Suite 101
Phoenix, AZ 85014

8

tconnelly@millsandwoods.com

9

rmills@millsandwoods.com
swoods@millsandwoods.com

10

*Attorneys for Plaintiffs*

11

12

DeeAn Gillespie Strub, Esq.
Kristine Reeves, Esq.

13

GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street

14

Phoenix, AZ 85020

15

Dgillespie@gillaw.com
kreeves@gillaw.com

16

*Attorneys for Plaintiffs*

17

Michael R. Niederbaumer, Esq.

18

Stephanie Elliott, Esq.
Thomas E. Young, Esq.

19

Assistant Attorneys General
2005 N. Central Avenue

20

Phoenix, AZ 85004

21

Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov

22

Thomas.Young@azag.gov

23

*Attorneys for State Defendants*

24

25

26

Daniel J. O'Connor, Jr. Esq.
Danny O'Connor, III, Esq.
O'CONNER LAW P.C.
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

By /s/ Tracy Ellison