Kristin K. Mayes,
Arizona Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Thomas Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona  85004-1592
Telephone: (602) 542-8346 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, et al. | Case No. 2:22-cv-00312-PHX-DLR |
|---|---|
| Plaintiffs, | |
| v. | **STATE DEFENDANTS' NOTICE OF SERVICE OF JOINDER IN DEFENDANT BONNIE PLATTER'S RULE 26(A)(1) FIRST SUPPLEMENTAL DISCLOSURE STATEMENT** |
| State of Arizona, et al., | |
| Defendants. | |
| | **(ASSIGNED TO THE HONORABLE DOUGLAS L. RAYES)** |

Notice is hereby given that Defendants Michael Faust, Emelinda Diaz, Cheryl Kelly, Paulinus Obika, Jennifer Alexander, Amber Gattie, Nicole Kaplan, and Bryan Adams ("State Defendants"), by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26(a)(1)(C), have on this date served upon the parties, via e-mail, their Joinder in Defendant Bonnie Platter's Rule 26(A)(1) First Supplemental Disclosure Statement dated July 29, 2025.

///

///

RESPECTFULLY SUBMITTED this 1st day of August 2025.

Kristin K. Mayes
Arizona Attorney General

*s/Michael R. Niederbaumer*
Michael R. Niederbaumer
Stephanie Elliott
Thomas Young
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-served
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Dee An Gillespie Strub
Jenny Jansch
Natalie Newell
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
jjansch@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Conner
Danny O'Connor, III
O'Conner & Dyet
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226

2

1 | *Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*

*s/ Tatiana Nunez*