Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR LAW P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
(602) 241-7000

Attorneys for Defendant Bonnie Platter

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-DLR |
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANT PLATTER'S FIRST SUPPLEMENTAL RULE 26 DISCLOSURE STATEMENT** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | (Assigned to the Honorable Douglas L. Rayes) |

NOTICE is hereby given that on July 29, 2025, Defendant Platter served all counsel via email only:

1.    Defendant Platter's First Supplemental Disclosure Statement.

Dated this 4th day of August 2025.

O'CONNOR LAW P.C.


By: /s/ *Danny O'Connor III*
Daniel J. O'Connor, Jr.
Danny O'Connor III
*Attorneys for Defendant Bonnie Platter*

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on August 4, 2025, I electronically filed the foregoing with the

3   Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System.

4      A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Jenny D. Jansch<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>jjansch@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Karl J. Gruse<br>Grasso Law Firm<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>kgruse@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

By: */s/ T. Gation*