Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law pllc**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**Gillespie, Shields & Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**THIRD STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(THIRD REQUEST)**<br><br>(Hon. Douglas L. Rayes) |

The parties, by and through their respective undersigned counsel, hereby submit this Third Stipulation to Extend Rule 16(b) Scheduling Order Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

The parties have been cooperating and working together to complete necessary discovery in this matter. Unfortunately, there has been a delay in completion of discovery secondary to medical issues concerning various witnesses and Plaintiffs' counsel resulting in cancellation of and the need to reschedule depositions. Additionally, several parties spent a large part of 2025 out of state only returning late this month, and several counsel

have had scheduling issues due to planned vacations and trials in other matters, making it difficult to schedule depositions. The parties have met in good faith and believe that all essential depositions, whether lay or expert, that the parties wish to take have in fact now been scheduled and/or have agreed to complete the depositions no later than February 27, 2026. Further, the parties have disclosed their experts and expert reports. Additionally, it has only recently been discovered that approximately 5000 pages of documents from the Lay Defendants have not been fully processed for privilege and produced to the parties due in part to a staffing change at Lays' counsels' firm. That production is anticipated to occur within the next ten court days. There may be challenges to any privilege claims asserted but that cannot be determined at this time. Finally, a discovery dispute regarding privilege claims has arisen between Plaintiffs and State Defendants that needs Court involvement to resolve.

The parties further stipulate that they have had good faith discussions regarding resolution of this matter and no party has been able to enter into a resolution of the case or specific causes of action. Wherefore, the parties hereby respectfully request the Court to extend the deadlines as follows to resolve the extant discovery dispute and complete the remaining critical witness depositions:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | October 31, 2025 | **February 27, 2026** |
| Dispositive motions | December 1, 2025 | **April 29, 2026** |

A proposed form of order is attached.

**RESPECTFULLY SUBMITTED** this 23rd day of October 2025.

2

**MILLS + WOODS LAW PLLC**

By  s/ *Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

**KRISTIN K. MAYES**
**ARIZONA ATTORNEY GENERAL**


*s/ Michael R. Niederbaumer*
Michael R. Niederbaumer
Stephanie Elliott
Thomas E. Young
Assistant Attorneys General
*Attorneys for State Defendants*

**O'CONNOR LAW P.C.**


*s/ Danny O/Connor*
Daniel O'Connor, Jr.
Danny O'Connor
*Attorneys for Defendant Bonnie Platter*

**GRASSO LAW FIRM**


*s/ Nathan T. Metzger*
Nathan T. Metzger
Karl J. Gruse
*Attorneys for Defendants Walter and Jodi Lay*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

         /s/      *Thomas A. Connelly*