# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, *et al.*, | Case No.: CV-22-00312-PHX-DLR |
| Plaintiffs | ORDER |
| v. | |
| State of Arizona, *et al.*, | (Hon. Douglas L. Rayes) |
| Defendants. | |

The Court having reviewed the parties' Third Stipulation to Extend Scheduling Order Deadlines (Doc. 166), and good cause appearing,

**IT IS ORDERED** that the stipulation (Doc. 166) is **GRANTED**. The following deadlines set forth in the Court's July 7, 2025, Order (Doc. 153) are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | October 31, 2025 | **February 27, 2026** |
| Dispositive motions | December 1, 2025 | **April 29, 2026** |

**IT IS FURTHER ORDERED** that within 7 days of the close of discovery, the parties shall jointly file a notice with the Court advising whether any party intends to file a dispositive motion. If no party intends to do so, the Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126, 126, 140, 153) remain in effect.

DATED this _____ day of _____ 2025.

_____
Douglas L. Rayes
Senior United States District Judge