Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>                              Plaintiffs<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>                              Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**FOURTH STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(FOURTH REQUEST)**<br><br>(Hon. Douglas L. Rayes) |

The parties, by and through their respective undersigned counsel, hereby submit this Fourth Stipulation to Extend Rule 16(b) Scheduling Order Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

The parties acknowledge that this matter has a long and difficult history regarding the progress of discovery, which is fairly recounted in the numerous motions and stipulations regarding the discovery schedule. *See* Docs. 93, 123, 130, 134, 135, 139, 150, 152, and 166. The Court has been generous and understanding in finding that each request for extension has been grounded in good faith. See Docs. 39, 94, 126, 136, 140, 153, and

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

167.  The parties have been cooperating and working together to complete the necessary discovery, and, while good progress toward that end has occurred over the past several months, there remain important party and lay witness depositions to be completed.

Notably, in October and November 2025, two issues arose that resulted in the cancellation of numerous State Defendant depositions, as well as Defendant Platter's deposition and the Lay Defendants' depositions: (1) a discovery dispute arose regarding extensive claims of attorney-client privilege by State Defendants regarding documents pertinent to those scheduled depositions; and (2) State Defendants requested that Defendant Kelly's deposition be conducted remotely to accommodate complications following a medical event. Both issues eventually rose to the level of discovery disputes brought to the Court.

On December 22, 2025, the Court resolved the issue regarding State Defendant Kelly. *See* Doc. 175. Plaintiffs and State Defendant Kelly are working cooperatively to schedule the date and location of Ms. Kelly's deposition in compliance with the Court's order but have yet been able to do so.

On January 13, 2026, the Court resolved the attorney-client privilege issue. *See* Doc. 177. State Defendants complied with the dictates of that order soon thereafter.

With the resolution of those discovery issues, the parties are now working cooperatively to reschedule the previously scheduled depositions, as well as scheduling several others that remain. Given the number of separate groups of defendants, each represented by different counsel, and the number of depositions to be completed, it will not be possible to schedule all the necessary depositions before the current lay and expert witness deposition deadline of February 27, 2026.

Additionally, Plaintiffs' counsel has two surgical medical procedures scheduled in February 2026 for which he will need sufficient time afterwards to recover and will not, therefore, be able to prepare for or take any depositions.

The parties further stipulate that they have had good faith discussions regarding resolution of this matter and no party has been able to enter into a resolution of the case or

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

specific causes of action. Wherefore, the parties hereby respectfully request the Court to extend the deadlines as follows to complete the remaining critical witness depositions:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | February 27, 2026 | **May 29, 2026** |
| Dispositive motions | April 29, 2026 | **July 30, 2026** |

A proposed form of order is attached.

**RESPECTFULLY SUBMITTED** this 27th day of February 2026.

**MILLS + WOODS LAW PLLC**

By  s/ *Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

**KRISTIN K. MAYES**
**ARIZONA ATTORNEY GENERAL**

s/ *Michael R. Niederbaumer*
Michael R. Niederbaumer
Stephanie Elliott
Thomas E. Young
Assistant Attorneys General
*Attorneys for State Defendants*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**O'CONNOR LAW P.C.**

*s/ Danny O/Connor*
Daniel O'Connor, Jr.
Danny O'Connor
*Attorneys for Defendant Bonnie Platter*


**GRASSO LAW FIRM**

*s/ Nathan T. Metzger*
Nathan T. Metzger
Karl J. Gruse
*Attorneys for Defendants Walter and Jodi Lay*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4

1

2

## CERTIFICATE OF SERVICE

3    I hereby certify that on February 27, 2026, I electronically transmitted the foregoing

4    document to be filed electronically with the Clerk's Office through the CM/ECF System

5    for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of

6    record via the Court's CM/ECF system.

7

8    _____/s/_____Thomas A. Connelly_____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556