IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Aaron Wostrel, *et al.*, | Case No.: CV-22-00312-PHX-DLR |
|---|---|
| Plaintiffs | ORDER |
| v. | (Hon. Douglas L. Rayes) |
| State of Arizona, *et al.*, | |
| Defendants. | |

The Court having reviewed the parties' Fourth Stipulation to Extend Scheduling Order Deadlines (Doc. ___), and good cause appearing,

**IT IS ORDERED** that the stipulation (Doc. ___) is **GRANTED**. The following deadlines set forth in the Court's October 24 2025, Order (Doc. 167) are amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | February 27, 2026 | **May 29, 2026** |
| Dispositive motions | April 29, 2026 | **July 30, 2026** |

**IT IS FURTHER ORDERED** that within 7 days of the close of discovery, the parties shall jointly file a notice with the Court advising whether any party intends to file a

dispositive motion. If no party intends to do so, the Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126, 126, 140, 153, 167) remain in effect.

DATED this _____ day of _____ 2026.

_____
Douglas L. Rayes
Senior United States District Judge