IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel,<br><br>    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>    Defendants. | No. CV-22-00312-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the parties' Fourth Stipulation to Extend Scheduling Order Deadlines (Doc. 189), and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation (Doc. 189), the deadlines set forth in the Court's May 26, 2022, Scheduling Order (Doc. 39), as previously amended (Docs. 94, 126, 136, 140, 153, 167), are further amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | February 27, 2026 | **May 29, 2026** |
| Dispositive motions | April 29, 2026 | **July 30, 2026** |

**IT IS FURTHER ORDERED** that within **7 days** of the close of discovery, the parties shall jointly file a notice with the Court advising whether or not either party intends to file a dispositive motion. If neither party intends to do so, the Court will set the matter for a trial scheduling conference.

All other provisions of the Court's prior orders setting case management deadlines (Docs. 39, 94, 126, 136, 140, 153, 167) remain in effect.

Dated this 3rd day of March, 2026.

Douglas L. Rayes
Senior United States District Judge