Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>    Plaintiffs<br><br>    v.<br><br>State of Arizona, *et al.*,<br><br>    Defendants. | Case No.: CV-22-00312-PHX-DLR<br><br>**NOTICE OF DEPOSITION OF BRYAN ADAMS**<br><br>(Hon. Douglas L. Rayes) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oath.

**PERSON TO BE EXAMINED:**  Bryan Adams

**DATE OF EXAMINATION:**    25 March 2026

**TIME OF EXAMINATION:**    10:00 a.m.

**PLACE OF EXAMINATION:**   Gillespie, Shields & Taylor
7319 North 16th Street
Phoenix, Arizona 85020

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**COURT REPORTER:**         Carrie Reporting LLC

**METHOD OF RECORDING:**  Transcription

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**RESPECTFULLY SUBMITTED** this <u>23rd</u> day of March 2026.

MILLS + WOODS LAW, PLLC

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

GILLESPIE, SHIELDS & TAYLOR

By */s/ Jenny D. Jansch*

DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I electronically transmitted the foregoing document to the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

With an email copy to:

Carrie Reporting LLC
2415 E. Camelback Rd., Ste. 700
Phoenix, Arizona 85016
carrie@carriereporting.com

*/s/ Jenny D. Jansch*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2