Kristin K. Mayes
Arizona Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Thomas Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-4860 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**FIFTH STIPULATION TO EXTEND SCHEDULING ORDER DEADLINES**<br><br>**(Fifth Request)** |

The parties, by and through their respective undersigned counsel, hereby submit this Fifth Stipulation to Extend Rule 16(b) Scheduling Order Deadlines. The parties affirm that this request is made in good faith, as discussed below, and not for the purpose of delay.

The parties have been diligently taking depositions and have just a few to finish. The number of depositions and the number of represented parties has made scheduling depositions challenging, but the parties have been cooperating in an attempt to meet the currently scheduled deadlines. The parties respectfully request that the deadlines to take fact and expert depositions and to file dispositive motions be extended pursuant to the chart below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | May 29, 2026 | **July 28, 2026** |
| Dispositive Motions Deadline | July 30, 2026 | **September 28, 2026** |

DATED this 20th day of May, 2026

Kristin K. Mayes
Arizona Attorney General

*s/Michael R. Niederbaumer*
Michael R. Niederbaumer
Stephanie Elliott
Thomas Young
Assistant Attorneys General
*Attorneys for State Defendants*


*s/Thomas A. Connelly (with permission)*
Thomas A. Connelly
*Attorneys for Plaintiff*

*s/ Nathan Metzger (with permission)*
Nathan Metzger
*Attorneys for Defendant Lays*

*s/ Danny O' Connor (with permission)*
Danny O'Connor
*Attorneys for Defendant Platter*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Dee Ann Gillespie Strub
Jenny Jansch
Natalie Newell
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
jjansch@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Conner
Danny O'Connor, III
O'Conner & Dyet
7955 S. Priest Drive
Tempe, AZ  85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226
*Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and
Jodi Lay*

*s/ Tatiana Nunez*