**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al. | Case No. CV-22-00312-PHX-DLR |
| Plaintiffs, | |
| v. | **ORDER** |
| State of Arizona, et al., | |
| Defendants. | |

The court having reviews the parties' Fifth Stipulation to Extend Scheduling Order Deadlines, and good cause appearing;

**IT IS ORDERED** that, pursuant to the parties' stipulation, the deadlines set forth in the Courts May 26, 2022, Scheduling Order (Doc. 39), as previously amended (Docs. 94, 126, 136, 140, 153, 167, 190), are further amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to complete fact and expert witness depositions and serve final disclosures | May 29, 2026 | **July 28, 2026** |
| Dispositive Motions Deadline | July 30, 2026 | **September 28, 2026** |

DATED this    day of May, 2026

_____
Douglas L. Rayes
Senior United States District Court Judge