Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br><br>                Plaintiffs<br><br>    v.<br><br>State of Arizona, *et al.*,<br><br>                Defendants. | Case No.: 2:22-cv-00312-PHX-DLR<br><br>**THIRD AMENDED NOTICE OF DEPOSITION OF WALTER LAY**<br><br>(Hon. Douglas L. Rayes) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

    **PERSON TO BE EXAMINED:**    Walter Lay

    **DATE OF EXAMINATION**:    July 21, 2026

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**TIME OF EXAMINATION**:    10:00 a.m.

**PLACE OF EXAMINATION**:    Zoom

**COURT REPORTER**:    Carrie Reporting LLC

**METHOD OF RECORDING**:    Stenographic

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**DATED** this 27th day of June 2026.

MILLS + WOODS LAW PLLC

By    */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

With an email copy to:

Carrie Reporting LLC
7000 North 16th Street
Phoenix, Arizona 85020
carrie@carriereporting.com


_/s/  Thomas A. Connelly_

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3