Kris Mayes
Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Thomas Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona  85004-1592
Telephone: (602) 542-8346 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov
*Attorneys for State Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al. | Case No. 2:22-cv-00312-PHX-DLR |
| Plaintiffs, | |
| v. | **STATE DEFENDANTS' NOTICE OF SERVICE OF NOTICES OF DEPOSITION** |
| State of Arizona, et al., | |
| Defendants. | |

Defendants Michael Faust, Emelinda Diaz, Cheryl Kelly, Paulinus Obika, Jennifer Alexander, Amber Gattie, Nicole Kaplan, and Bryan Adams ("State Defendants"), through undersigned counsel, give notice that they served all parties with Notices of Deposition for Andrew Clark, M.D. and Timothy Turner on July 7, 2026, via electronic mail.

Dated this 8TH day of July 2026

Kris Mayes
Attorney General

*s/Michael R. Niederbaumer*
Michael R. Niederbaumer
Stephanie Elliott
Thomas Young
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Dee An Gillespie Strub
Natalie Newell
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Conner
Danny O'Connor, III
O'Conner & Dyet
7955 S. Priest Drive
Tempe, AZ  85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226
Nathan.metzger@grassolawfirm.com
*Attorneys for Defendants Walter and
Jodi Lay*

s/ Tatiana Nunez

2