Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR LAW FIRM, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
602-241-7000

*Attorneys for Defendant Bonnie Platter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>                              Defendants. | Case No.: 22-cv-00312-PHX-DLR<br><br>**NOTICE OF SERVICE OF DEFENDANT PLATTER'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURE STATEMENT**<br><br>(Assigned to the<br>Honorable Douglas L. Rayes) |

NOTICE is hereby given that on July 28, 2026, Defendant Platter served all counsel via email only:

1.     Defendant Platter's Second Supplemental Disclosure Statement.

Dated this 28th day of July 2026.

                              **O'CONNOR LAW FIRM, P.C.**


                              By:*/s/ Danny O'Connor, III*
                                     Daniel J. O'Connor, Jr.
                                     Danny O'Connor III
                                     *Attorneys for Defendant Bonnie Platter*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Karl J. Gruse<br>Grasso Law Firm<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>kgruse@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

By: */s/J. Garcia*

- 2 -