Daniel J. O'Connor, Jr., Bar No. 010081
Danny O'Connor III, Bar No. 034188
**O'CONNOR LAW FIRM, P.C.**
7955 South Priest Drive
Tempe, Arizona 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
602-241-7000
*Attorneys for Defendant Bonnie Platter*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al., | Case No.: 22-cv-00312-PHX-DLR |
| Plaintiffs, | **JOINT NOTICE RE: DISPOSITIVE MOTIONS** |
| v. | |
| State of Arizona, et al., | (Assigned to the Honorable Douglas L. Rayes) |
| Defendants. | |

Pursuant to the Court's Orders (Docs. 136, 140, 153, 167, 190, and 195), the parties hereby advise the Court that all parties in this matter intend to file dispositive motions by the current September 28, 2026 deadline. Consequently, the parties believe it would be premature for the Court to set a trial scheduling conference at this time.

Dated this 4th day of August 2026.

**O'CONNOR LAW FIRM, P.C.**

By: /s/ *Danny O'Connor III*
Daniel J. O'Connor, Jr.
Danny O'Connor III
*Attorneys for Defendant Bonnie Platter*

**MILLS + WOODS LAW PLLC**

By: /s/*Thomas A. Connelly (w/ permission)*
    Thomas A. Connelly, Esq.
    Robert T. Mills, Esq.
    Sean A. Woods, Esq.
    *Attorneys for Plaintiffs*

**GRASSO LAW FIRM, P.C.**

By: /s/*Nathan T. Metzger (w/ permission)*
    Nathan T. Metzger. Esq.
    Karl J. Gruse, Esq.
    *Attorneys for Defendants Lay*

**ATTORNEY GENERAL'S OFFICE**

By: /s/*Michael R. Niederbaumer (w/ permission)*
    Michael R. Niederbaumer, Esq.
    Stephanie Elliott, Esq.
    Thomas E. Young, Esq.
    *Attorneys for State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, District of Arizona, using the CM/ECF System. A Notice of Electronic Filing will be served to the following registered participants:

| | |
|---|---|
| DeeAn Gillespie Strub<br>Gillespie, Shields & Taylor<br>7319 N. 16th Street<br>Phoenix, AZ 85020<br>dgillespie@gillaw.com<br>*Attorneys for Plaintiffs* | Thomas A. Connelly<br>Robert T. Mills<br>Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 N. 12th Street, Suite 101<br>Phoenix, AZ 85014<br>rmills@millsandwoods.com<br>swoods@millsandwoods.com<br>tconnelly@millsandwoods.com<br>*Attorneys for Plaintiffs* |
| Michael R. Niederbaumer<br>Stephanie Elliott<br>Thomas E. Young<br>Assistant Attorneys General<br>Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>michael.niederbaumer@azag.gov<br>Stephanie.Elliott@azag.gov<br>Thomas.young@azag.gov<br>*Attorneys for State Defendants* | Nathan T. Metzger<br>Karl J. Gruse<br>Grasso Law Firm, P.C.<br>3075 W. Ray Road, Suite 110<br>Chandler, AZ 85226<br>nmetzger@grassolawfirm.com<br>kgruse@grassolawfirm.com<br>*Attorneys for Defendants Walter and Jodi Lay* |

By: */s/J. Garcia*

- 3 -