Kris Mayes
Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Thomas Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8346 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**STIPULATED MOTION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND ESTABLISH A BRIEFING SCHEDULE (SIXTH REQUEST)** |

Pursuant to Fed. R. Civ. P. 16(b)(4) and LRCiv. 7.3, the parties, through undersigned counsel, hereby submit this Stipulated Motion to Extend Deadlines for Dispositive Motions, including Rule 702 Motions regarding expert opinions, and Establish a Briefing Schedule. This request is made in good faith not for purposes of delay.

Since the May 20, 2026 order extending deadlines (doc. 195), the parties have been diligently litigating this matter by exchanging written discovery and taking the remaining four depositions of parties and experts. The parties have also scheduled an October 30, 2026, full-day mediation with mediator Craig Phillips. On August 4, 2026, the parties filed a Joint Notice Re: Dispositive Motions (doc. 203), informing the Court

that all parties intended to file dispositive motions. The parties respectfully request an extension to the dispositive motion deadline and an order establishing a briefing schedule for the corresponding responses and replies. The parties request an extended briefing schedule for several reasons. First, due to counsel's schedules and the extensive discovery and documentary evidence in this case, the parties request an extra three weeks to file the motions. Second, the parties request an extended briefing schedule for the motions to accommodate the mediation and allow the parties to delay incurring additional fees until after the mediation. Third, it is likely that each party will be filing a response, with Plaintiff likely filing three responses, which will take additional time to prepare.

Accordingly, the parties respectfully request that the current **September 28, 2026,** dispositive motion and Rule 702 motion deadline be extended until **October 19, 2026**, the date for responses to the motions to be filed on or before **December 15, 2026**, and deadlines for all replies to be **January 5, 2027**.

RESPECTFULLY SUBMITTED this 22nd day of September, 2026

Kris Mayes
Attorney General

*s/Michael R. Niederbaumer*
Michael R. Niederbaumer
Stephanie Elliott
Thomas Young
Assistant Attorneys General
*Attorneys for State Defendants*

**O'CONNOR LAW FIRM, P.C.**

By:/s/Danny O'Connor III w/ permission
Daniel J. O'Connor, Jr.
Danny O'Connor III
*Attorneys for Defendant Bonnie Platter*

**MILLS + WOODS LAW PLLC**

By:/s/ Thomas A. Connelly w/permission
Thomas A. Connelly

Robert T. Mills
Sean A. Woods
*Attorneys for Plaintiffs*

**METZGER LAW FIRM, PLLC**

By: /s/ Nathan T. Metzger w/permission
Nathan T. Metzger. Esq.
Perry E. Casazza, Esq.
*Attorneys for Defendants Walter & Jodi Lay*

ORIGINAL filed via CM/ECF and a COPY e-mailed this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

Dee An Gillespie Strub
Natalie Newell
Gillespie, Shields & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Connor, Jr.
Danny O'Connor, III
O'Connor Law
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226

*Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*

*s/ Griselda Ybarra*