**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**ORDER RE: STIPULATED MOTION TO EXTEND DEADLINES FOR DISPOSITIVE MOTIONS AND ESTABLISH A BRIEFING SCHEDULE (SIXTH REQUEST)** |

THE COURT, having reviewed the parties' Stipulated Motion to Extend Deadlines for Dispositive Motions and Establish a Briefing Schedule (Sixth Request), and good cause appearing,

IT IS HEREBY ORDERED granting the Motion and Extending Deadlines for Dispositive Motions and Establishing a Briefing Schedule as follows:

The current **September 28, 2026** dispositive motion and Rule 702 motion deadline is extended until **October 19, 2026,** the date for responses to the motions to be filed will be on or before **December 15, 2026**, and deadlines for all replies will be **January 5, 2027**.