**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel,

Plaintiff,

v.

State of Arizona, et al.,

Defendants.

No. CV-22-00312-PHX-DLR

**ORDER**

The Court, having reviewed the parties' Stipulated Motion to Extend Deadlines for Dispositive Motions and Establish a Briefing Schedule (Doc. 205), and good cause appearing;

**IT IS ORDERED** that the parties' stipulated motion (Doc. 205) is **GRANTED** as follows:

The deadline for filing dispositive motions and Rule 702 motions is extended from September 28, 2026, to **October 19, 2026**. Responses to the motions shall be due on or before **December 15, 2026**, and replies in support of the motions shall be due on or before **January 5, 2027**.

Dated this 24th day of September, 2026.

Douglas L. Rayes
Senior United States District Judge