Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br>Plaintiffs<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: 22-cv-00312-PHX-DLR<br><br>**STIPULATED MOTION TO EXTEND FILING DEADLINE FOR DISPOSTIVE MOTIONS AND RULE 702 MOTIONS**<br><br>(Hon. Douglas L. Rayes) |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule of Civil Procedure 7.3, all parties hereby stipulate and jointly move the Court for a brief two-day extension of the current deadline for filing dispositive motions and Rule 702 motions — from October 19, 2026, to October 21, 2026. All other deadlines established by the Court's September 24, 2026 Order (Doc. 206), including the December 15, 2026 response deadline and the January 5, 2027 reply deadline, will remain in full force and are unaffected by this stipulation.

On September 24, 2026, the Court entered an Order (Doc. 206) granting the parties' prior stipulated motion (Doc. 205) and establishing the following briefing schedule:

- Dispositive motions and Rule 702 motions: due October 19, 2026
- Responses to motions: due on or before December 15, 2026
- Replies in support: due on or before January 5, 2027

Plaintiffs' lead counsel experienced an unexpected family emergency over the weekend of October 17–18, 2026, that required his full and immediate attention and substantially impaired his ability to complete the final preparation of Plaintiffs' motion for partial summary judgment. Counsel has been working diligently to finalize the motion and requires a brief additional period of two business days to do so.

Good cause exists for the requested extension. Federal Rule of Civil Procedure 6(b)(1)(A) authorizes the Court to extend a deadline for good cause with or without motion if the request is made before the original time expires. The parties represent as follows:

1. The extension is sought in good faith and not for the purpose of delay.

2. The extension is necessitated solely by the family emergency experienced by Plaintiffs' counsel over the weekend of October 17–18, 2026 — circumstances beyond counsel's control.

3. All parties have conferred and stipulate to the requested two-day extension. No party opposes this motion.

4. No party will be prejudiced by the brief extension. The requested two-day extension has no impact on any party's ability to prepare and timely file any opposing motion, response, or reply under the existing schedule.

5. The Court will not be prejudiced. The response deadline of December 15, 2026, the reply deadline of January 5, 2027, and all other case management deadlines remain unchanged. The two-day extension requires no modification of any other date in the briefing schedule.

6. No prior extension of the dispositive-motion deadline has been sought for this specific two-day period. The prior extension reflected in Doc. 206 was agreed upon before the family emergency arose.

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

The parties respectfully request that the Court enter an order extending the deadline for all parties to file dispositive motions and Rule 702 motions from October 19, 2026, to October 21, 2026. All other deadlines established by Doc. 206 shall remain in effect without modification.

A proposed form of order is lodged herewith.

**RESPECTFULLY SUBMITTED** this 19th day of October 2026.

**MILLS + WOODS LAW, PLLC**

By *___/s/ Thomas A. Connelly___*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, Arizona 85020

*Attorneys for Plaintiffs*

Kristin K. Mayes
Attorney General

By *___/s/ Michael R. Niederbaumer___*
Michael R. Niederbaumer
Stephanie Elliott
Thomas E. Young
Assistant Attorneys General
*Attorneys for State Defendants*

O'Connor Law

By *___/s/ Danny O'Connor III___*
Daniel J. O'Connor
Danny O'Connor III
*Attorneys for Defendant Bonnie Platter*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

Grasso Law Firm

By /s/ *Nathan T. Metzger*
Nathan T. Metzger
*Attorneys for Defendants Walter and Jodi Lay*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556