Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br>Plaintiffs<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: 22-cv-00312-PHX-DLR<br>ORDER<br>(Hon. Douglas L. Rayes) |

The Court, having reviewed the parties' Stipulated Motion to Extend Filing Deadline for Dispositive Motions and Rule 702 Motions, and good cause appearing:

IT IS ORDERED that the parties' stipulated motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for all parties to file dispositive motions and Rule 702 motions is extended from October 19, 2026, to October 21, 2026.

IT IS FURTHER ORDERED that all other deadlines established by the Court's September 24, 2026 Order (Doc. 206), including the December 15, 2026 deadline for responses and the January 5, 2027 deadline for replies, remain in full force and effect without modification.

DATED this ___ day of _______________ 2026.

_______________________________
Douglas L. Rayes
United States District Judge