Kristin K. Mayes
Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Thomas Young (#036934)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-8346 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov
Thomas.Young@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST FOR REMOVAL FROM ECF NOTIFICATION** |

State Defendants Amber Gattie, Cheryl Kelly, Paulinus Obika, Jennifer Alexander, and Kathryn Ptak,[1] through undersigned counsel, pursuant to LRCiv 83.3(b)(4), give notice that Assistant Attorney General Thomas Young withdraws as counsel of record for State Defendants. Assistant Attorneys General Michael Niederbaumer and Stephanie Elliott will remain as counsel of record. Pursuant to LRCiv 83.3(b)(4), counsel respectfully submits that no motion to withdraw is necessary and this notice is adequate for the Clerk to update the record to reflect this withdrawal. Mr. Young also requests to be removed from the electronic filing notification list in this

[1] Plaintiffs sued Michael Faust in his official capacity as DCS Director. Current Director Ptak is automatically substituted under Federal Rule of Civil Procedure 25(d).

matter. A proposed order to remove Mr. Young from ECF notifications has been filed with this pleading.

RESPECTFULLY SUBMITTED this 21st day of October, 2026.

Kristin K. Mayes
Attorney General

/s/Thomas Young
Michael R. Niederbaumer
Stephanie Elliott
Thomas Young
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Natalie Newell
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Connor, Jr.
Danny O'Connor, III
O'Connor Law
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226
*Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*

*/s/slf*________