**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel, et al.,

Plaintiffs,

v.

State of Arizona, et al.,

Defendants.

Case No. CV-22-00312-PHX-DLR

**ORDER FOR REMOVAL FROM ECF NOTIFICATION**

The Court having considered the Notice of Withdrawal of Counsel and Request for Removal from the ECF Notification (Notice) and good cause appearing,

**IT IS HEREBY ORDERED** that Thomas Young shall be removed from receiving electronic Notice of Filing/CM/ECF notifications in this matter.