Kris Mayes
Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-4860 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel, et al.

Plaintiffs,

v.

State of Arizona, et al.,

Defendants.

Case No. CV-22-00312-PHX-DLR

**STATE DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT**

State Defendants Amber Gattie, Cheryl Kelly, Paulinus Obika, Jennifer Alexander, and Kathryn Ptak,[1] through undersigned counsel, request permission to exceed the 17-page limitation set by Local Rule 7.2(e)(1) for their Motion for Summary Judgment by 12 pages. Their proposed Motion is 29 pages.

This case involves conduct that occurred over the course of a three-year dependency action. The Motion addresses twelve separate claims against five defendants brought by four individual plaintiffs. Eight of those claims are brought against four of the State Defendants under 42 U.S.C. § 1983. To state a claim under § 1983, Plaintiffs must plead that each individual defendant, through his or her own actions, violated the

[1] Plaintiffs sued Michael Faust in his official capacity as DCS Director. Current Director Ptak, is automatically substituted under Federal Rule of Civil Procedure 25(d).

Constitution, damaging each individual plaintiff. *Keates v. Koile*, 883 F.3d 1228, 1242–43 (9th Cir. 2018). Accordingly, the conduct of each State Defendant and its effect on each Plaintiff must be analyzed separately as to each claim. That analysis requires a detailed discussion of the facts of the underlying dependency proceeding, each defendants' conduct, as well as briefing on all twelve causes of action. State Defendants made a good-faith effort to reduce the length of their Motion, but additional pages are necessary to adequately address the alleged facts and present the relevant legal authority. Based on the foregoing, the State Defendants respectfully request that they be permitted to exceed the page limitations of Local Rule 7.2(e)(2).

RESPECTFULLY SUBMITTED this 21st day of October, 2026

Kris Mayes
Attorney General

*s/Stephanie Elliott*
Stephanie Elliott
Michael R. Niederbaumer
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Jenny Jansch
Natalie Newell
Gillespie, Shields, Goldfarb & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Conner
Danny O'Connor, III
O'Conner & Dyet
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*
Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226
*Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*

s/ G. Ybarra
LMS20-0147 / G202020275-1