**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**ORDER RE: STATE DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION FOR MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered State Defendants' Motion to Exceed Page Limitation ("Motion"), and good cause appearing,

IT IS HEREBY ORDERED that State Defendants' Motion is granted.

IT IS FURTHER ORDERED that State Defendants' Motion for Summary Judgment is accepted as filed.