# Exhibit 2
# Filed Under Seal

# Exhibit 3
# Filed Under Seal

# Exhibit 4
# Filed Under Seal

# Exhibit 5
# Filed Under Seal

# Exhibit 6
# Filed Under Seal

# Exhibit 7
# Filed Under Seal

# Exhibit 8
# Filed Under Seal

# Exhibit 9
# Filed Under Seal

# Exhibit 10
# Filed Under Seal

# Exhibit 11
# Filed Under Seal

# Exhibit 12
# Filed Under Seal

# Exhibit 13
# Filed Under Seal

# Exhibit 14
# Filed Under Seal

# Exhibit 15
# Filed Under Seal

# Exhibit 16
# Filed Under Seal

# Exhibit 17
# Filed Under Seal

# Exhibit 18
# Filed Under Seal

# Exhibit 19
# Filed Under Seal

# Exhibit 19
# Filed Under Seal

# Exhibit 21
# Filed Under Seal

# Exhibit 22
# Filed Under Seal

# Exhibit 23
# Filed Under Seal

# Exhibit 24
# Filed Under Seal

# Exhibit 25
# Filed Under Seal

# Exhibit 28

# Filed Under Seal

# Exhibit 29
# Filed Under Seal

# Exhibit 30
# Filed Under Seal

# Exhibit 31
# Filed Under Seal

# Exhibit 32
# Filed Under Seal