Kris Mayes
Attorney General

Michael R. Niederbaumer (#031931)
Stephanie Elliott (#030872)
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
Telephone: (602) 542-4860 (M Niederbaumer)
Fax: (602) 542-3393
DefensePhx@azag.gov
Michael.Niederbaumer@azag.gov
Stephanie.Elliott@azag.gov

*Attorneys for State Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel, et al.

Plaintiffs,

v.

State of Arizona, et al.,

Defendants.

Case No. CV-22-00312-PHX-DLR

**MOTION TO FILE EXHIBITS UNDER SEAL**

State Defendants Amber Gattie, Cheryl Kelly, Paulinus Obika, Jennifer Alexander, and Kathryn Ptak,[1] through undersigned counsel, move this Court to order that the following exhibits to their Motion for Summary Judgement be filed under seal.

| | |
|---|---|
| Exhibit 2 | Wyoming Family Court Stipulated Order |
| Exhibit 3 | Dependency Trial Transcript dated 12/18/2018 |
| Exhibit 4 | Deposition of Aaron Wostrel |
| Exhibit 5 | Peoria Police Department Report |
| Exhibit 6 | Hotline Call from Peoria Police Department |
| Exhibit 7 | Deposition of Amber Gattie |
| Exhibit 8 | Comprehensive Child Safety and Risk Assessment ("CSRA") |

[1] Plaintiffs sued Michael Faust in his official capacity as DCS Director. Current Director Ptak, is automatically substituted under Federal Rule of Civil Procedure 25(d).

| | |
|---|---|
| Exhibit 9 | Dependency Petition |
| Exhibit 10 | Emails between Aaron Wostrel and Cheryl Kelly dated 2017 |
| Exhibit 11 | Case Notes, various dates |
| Exhibit 12 | Preliminary Protective Hearing Transcript and Order dated 2/9/2017 |
| Exhibit 13 | Emails re: ICPC |
| Exhibit 14 | ICPC Requests to Colorado and Wyoming |
| Exhibit 15 | Progress Report to the Juvenile Court dated 4/5/2018 |
| Exhibit 16 | Psychological Consultation Summary dated 4/12/2018 |
| Exhibit 17 | Juvenile Court Orders, various dates |
| Exhibit 18 | Hearing Transcript dated 5/26/2017 and Order |
| Exhibit 19 | Psychological Evaluations and Service Referrals |
| Exhibit 20 | Excerpts of Hearing Transcript dated 8/2/2017 |
| Exhibit 21 | Best Interest and Bonding Assessment and Related Emails |
| Exhibit 22 | Motions and Orders re: S.W. Hospitalizations |
| Exhibit 23 | Tonsillectomy Records |
| Exhibit 24 | Investigation of Allegations Against the Lays |
| Exhibit 25 | DCS Motion to Dismiss Dependency |
| Exhibit 28 | GAL Dependency Petition 2020 |
| Exhibit 29 | ASFA Findings of Reasonable Efforts |
| Exhibit 30 | Lay Home Study |
| Exhibit 31 | Lay Foster Parent Licenses |
| Exhibit 32 | Emails between Aaron Wostrel and Jennifer Alexander |

The Exhibits contain information that is protected including the full name of the minor parties, addresses, personal phone numbers, medical records, and other sensitive information regarding the minor parties and the parties regarding the underlying dependency matter. This Court previously protected this information with its Protective Order, filed November 14, 2023. (Doc. 113.) Among the state and federal statutes and rules recognizing the confidentiality of these records is A.R.S. § 41-1959(A), which prohibits releasing "files that contain information related to investigations conducted by child protective services." Additionally, "records of . . . dependency proceeding[s] shall not be open to public inspection." A.R.S. § 8-208(F). State laws that protect the confidentiality of records in child-protective cases provide compelling reasons to grant a

motion to seal in a related case brought in federal court. *See T.T. v. Cnty. of San Diego*, 2020 WL 6118781, at *1 (S.D. Cal. Oct. 16, 2020) (allowing juvenile court records to be sealed which were statutorily protected by state law). Accordingly, these exhibits which contain sensitive information and are records from the underlying dependency proceedings should be filed under seal pursuant to L.R.Civ. 5.6.

For the reasons set forth above, Defendants respectfully request this Court order that Exhibits 2 through 25 and 28 through 32 to their Motion for Summary Judgment be filed under seal.

DATED this 21st day of October, 2026

Kris Mayes
Attorney General

*s/Stephanie Elliott*
Stephanie Elliott
Michael R. Niederbaumer
Assistant Attorneys General
*Attorneys for State Defendants*

ORIGINAL filed via CM/ECF
and a COPY e-mailed
this same date to:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
Mills + Woods Law PLLC
5055 N. 12th Street, Suite 101
Phoenix, AZ 85014
tconnelly@millsandwoods.com
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Natalie Newell
Gillespie, Shields, & Taylor
7319 N. 16th Street
Phoenix, AZ 85020
dgillespie@gillaw.com
nnewell@gillaw.com
mailroom@gillaw.com
*Co-Counsel for Plaintiffs*

Daniel J. O'Connor, Jr.
Danny O'Connor, III
O'Connor Law
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
danny.oconnor@occlaw.com
*Attorneys for Defendant Bonnie Platter*

Nathan T. Metzger
Grasso Law Firm
3075 W. Ray Rd., Ste. 110
Chandler, AZ 85226
*Nathan.metzger@grassolawfirm.com*
*Attorneys for Defendants Walter and Jodi Lay*

s/ G. Ybarra
LMS20-0147 / G202020275-1