**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL** |

On motion of counsel and good cause appearing,

IT IS ORDERED that Exhibits 2 though 25 and 28 through 32 to State Defendants' Motion for Summary Judgment shall be filed separately from the Motion and SEALED pursuant to L.R.Civ.5.6.