**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel,<br>Plaintiff,<br>v.<br>State of Arizona, et al.,<br>Defendants. | No. CV-22-00312-PHX-DLR<br>**ORDER** |

The Court has reviewed the Parties' Stipulated Motion to Extend Filing Deadline for Dispositive Motions and Rule 702 Motions (Doc. 207). For good cause shown,

**IT IS ORDERED** that the deadlines are amended as follows:

Deadline for filing dispositive motions and Rule 702 motions:

Current Deadline: October 19, 2026

**Amended Deadline: October 22, 2026**

**IT IS FURTHER ORDERED** that the remaining provisions of the Court's scheduling order (Doc. 206) shall remain unchanged and in effect.

Dated this 21st day of October, 2026.

Douglas L. Rayes
Senior United States District Judge