**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, et al.<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | Case No. CV-22-00312-PHX-DLR<br><br>**ORDER RE: STATE DEFENDANTS' RULE 702 MOTION TO EXCLUDE PLAINTIFFS' EXPERT TIMOTHY TURNER** |

The Court, having considered State Defendants' Rule 702 Motion to Exclude Plaintiffs' Expert Timothy Turner, and good cause appearing,

IT IS HEREBY ORDERED that State Defendants' Motion is granted.