# EXHIBIT 1
# UNDER SEAL

# EXHIBIT 2
# UNDER SEAL

# EXHIBIT 3
# UNDER SEAL

# EXHIBIT 4
# UNDER SEAL

# EXHIBIT 5
# UNDER SEAL

# EXHIBIT 6
# UNDER SEAL

# EXHIBIT 7
# UNDER SEAL

# EXHIBIT 8
# UNDER SEAL

# EXHIBIT 9
# UNDER SEAL

# EXHIBIT 10
# UNDER SEAL

# EXHIBIT 11
# UNDER SEAL

# EXHIBIT 12
# UNDER SEAL

# EXHIBIT 13
# UNDER SEAL

# EXHIBIT 14
# UNDER SEAL

# EXHIBIT 15
# UNDER SEAL

# EXHIBIT 16
# UNDER SEAL

# EXHIBIT 17
# UNDER SEAL

# EXHIBIT 18
# UNDER SEAL