# EXHIBIT 19

Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #02431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br>Plaintiffs<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: 2:22-cv-00312-PHX-DLR<br>**NOTICE OF DEPOSITION OF MELISSA COMPAIN**<br>(Hon. Douglas L. Rayes) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:** Melissa Compain

**DATE OF EXAMINATION**: April 22, 2026

EXHIBIT 54
WITNESS: Compain
DATE: 4·22·26
Amanda Harwell, #50967

| | |
|---|---|
| **TIME OF EXAMINATION:** | 1:30 p.m. |
| **PLACE OF EXAMINATION:** | Gillespie, Shields & Taylor<br>7319 North 16th Street<br>Phoenix, Arizona 85020 |
| **COURT REPORTER:** | Carrie Reporting LLC |
| **METHOD OF RECORDING:** | Stenographic |

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.

**DATED** this 26th day of February 2026.

**MILLS + WOODS LAW PLLC**

By *\/s/ Thomas A. Connelly*

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record:

With an email copy to:

Carrie Reporting LLC
2415 E. Camelback Rd., Ste. 700
Phoenix, Arizona 85016
carrie@carriereporting.com

*/s/ Thomas A. Connelly*

# RULE 30(b)(6) EXAMINATION TOPICS

## STATE DEFENDANTS

The relevant time frame for all topics below is January 1, 2017, through June 30, 2019, unless otherwise specified.

**Topics re Policies and Procedures:**

1. Rationale, purpose, implementation and DCS employee execution of or adherence to Policy and Procedure Manual ("PPM") Chapter 2: Section 6, Emergency Interventions & Removals.

2. Rationale, purpose, implementation and DCS employee execution of or adherence to Policy and Procedure Manual ("PPM") Chapter 3, Section 5.3, Voluntary Placement.

3. To the extent not covered by the PPM Chapters: Sections noted in topics 1 and 2:

   a. The Department's policies, processes, procedures, or practices for:

      i. Making contact with non-custodial parents before initiating the filing of a dependency petition;

      ii. Investigation and/or efforts necessary to locate and/or contact a non-custodial parent: (a) after a hotline call is received about a child, (b) before a Temporary Custody Notice ("TCN") is used to take custody of a child, and (c) after a child is taken into DCS custody via a TCN;

   b. Placement preferences once a child is taken into DCS custody, including where placement with a non-custodial parent is in that hierarchy;

   c. Consideration of placement with a non-custodial parent where there is an applicable, valid, and presently existing out-of-state custody order;

   d. Consultation with, advice to, and assistance available to a non-custodial parent regarding seeking a modification, if necessary, of an applicable, valid,

and presently existing out-of-state custody order, including before and after the filing of a dependency petition;

e. Monitoring of virtual visits (i.e., telephone, Zoom, other virtual methods) between parents and children by placement, and powers or rights, if any, of placement to terminate virtual visits;

f. Necessity of ICPC for non-custodial parent with an applicable, valid, and presently existing out-of-state custody order;

g. Necessary factors in requesting and/or seeking a psychological examination of a non-custodial parent and/or the non-custodial parent's spouse;

h. Standards for determining the appropriateness of potential family related placements with knowledge of the criminal and/or drug abuse history of the custodial parent from whom the children were removed.

**Topics re Training**:

4. Type (i.e., in-person classroom instruction, computer-based instruction, third-party provider instruction, etc.), length, frequency, and content of training given or made available to Department employees on topics referenced in nos. 1-3 above.

5. Topics covered by all mandatory training given to newly hired Department employees before they are assigned to any cases.

6. Frequency of and topics covered by any mandatory training required of Department employees other than new hires.

7. Qualifications of instructors for the training referred to in nos. 1-3 above.

8. Type and frequency of, materials used, and qualifications of trainers for all training given or offered to Department employees regarding (1) the Department's policies and procedures pertinent to investigations and ongoing case management, (2) the constitutional rights of families, parents (including non-custodial parents), and children, including their due process rights, (3) Arizona laws pertinent to the Department and child

safety, and (4) federal and state case law pertinent to the constitutional and statutory rights of families, parents (including non-custodial parents), and children, including their due process rights.

9. Frequency, nature, and method used to assess Department employees' knowledge of the topics covered in all mandatory training given or offered to Department employees, newly hired or existing.