# EXHIBIT 20
# UNDER SEAL

# EXHIBIT 21
# UNDER SEAL

# EXHIBIT 22
# UNDER SEAL

# EXHIBIT 23
# UNDER SEAL

# EXHIBIT 24
# UNDER SEAL

# EXHIBIT 25
# UNDER SEAL

# EXHIBIT 26
# UNDER SEAL

# EXHIBIT 27
# UNDER SEAL

# EXHIBIT 28
# UNDER SEAL

# EXHIBIT 29
# UNDER SEAL

# EXHIBIT 30
# UNDER SEAL

# EXHIBIT 31
# UNDER SEAL

# EXHIBIT 32
# UNDER SEAL

# EXHIBIT 33
# UNDER SEAL

# EXHIBIT 34
# UNDER SEAL

# EXHIBIT 35
# UNDER SEAL

# EXHIBIT 36
# UNDER SEAL

# EXHIBIT 37
# UNDER SEAL

# EXHIBIT 38
# UNDER SEAL

# EXHIBIT 39
# UNDER SEAL

# EXHIBIT 40
# UNDER SEAL

# EXHIBIT 41
# UNDER SEAL

# EXHIBIT 42
# UNDER SEAL

# EXHIBIT 43
# UNDER SEAL

# EXHIBIT 44
# UNDER SEAL

# EXHIBIT 45
# UNDER SEAL

# EXHIBIT 46
# UNDER SEAL

# EXHIBIT 47
# UNDER SEAL

# EXHIBIT 48
# UNDER SEAL

# EXHIBIT 49
# UNDER SEAL

# EXHIBIT 50
# UNDER SEAL

# EXHIBIT 51
# UNDER SEAL