# EXHIBIT 52

EXHIBIT
ROSS-MOUNT - 77
exhibitsticker.com

**RULE 30(b)(6) EXAMINATION TOPICS**

**STATE DEFENDANTS**

The relevant time frame for all topics below is January 1, 2017, through June 30, 2019, unless otherwise specified.

**Topics re Policies and Procedures:**

1. Rationale, purpose, implementation and DCS employee execution of or adherence to Policy and Procedure Manual ("PPM") Chapter 2: Section 6, Emergency Interventions & Removals.

2. Rationale, purpose, implementation and DCS employee execution of or adherence to Policy and Procedure Manual ("PPM") Chapter 3, Section 5.3, Voluntary Placement.

3. To the extent not covered by the PPM Chapters: Sections noted in topics 1 and 2:

   a. The Department's policies, processes, procedures, or practices for:

      i. Making contact with non-custodial parents before initiating the filing of a dependency petition;

      ii. Investigation and/or efforts necessary to locate and/or contact a non-custodial parent: (a) after a hotline call is received about a child, (b) before a Temporary Custody Notice ("TCN") is used to take custody of a child, and (c) after a child is taken into DCS custody via a TCN;

   b. Placement preferences once a child is taken into DCS custody, including where placement with a non-custodial parent is in that hierarchy;

   c. Consideration of placement with a non-custodial parent where there is an applicable, valid, and presently existing out-of-state custody order;

   d. Consultation with, advice to, and assistance available to a non-custodial parent regarding seeking a modification, if necessary, of an applicable, valid,

and presently existing out-of-state custody order, including before and after the filing of a dependency petition;

e. Monitoring of virtual visits (i.e., telephone, Zoom, other virtual methods) between parents and children by placement, and powers or rights, if any, of placement to terminate virtual visits;

f. Necessity of ICPC for non-custodial parent with an applicable, valid, and presently existing out-of-state custody order;

g. Necessary factors in requesting and/or seeking a psychological examination of a non-custodial parent and/or the non-custodial parent's spouse;

h. Standards for determining the appropriateness of potential family related placements with knowledge of the criminal and/or drug abuse history of the custodial parent from whom the children were removed.

**Topics re Training**:

4. Type (i.e., in-person classroom instruction, computer-based instruction, third-party provider instruction, etc.), length, frequency, and content of training given or made available to Department employees on topics referenced in nos. 1-3 above.

5. Topics covered by all mandatory training given to newly hired Department employees before they are assigned to any cases.

6. Frequency of and topics covered by any mandatory training required of Department employees other than new hires.

7. Qualifications of instructors for the training referred to in nos. 1-3 above.

8. Type and frequency of, materials used, and qualifications of trainers for all training given or offered to Department employees regarding (1) the Department's policies and procedures pertinent to investigations and ongoing case management, (2) the constitutional rights of families, parents (including non-custodial parents), and children, including their due process rights, (3) Arizona laws pertinent to the Department and child

safety, and (4) federal and state case law pertinent to the constitutional and statutory rights of families, parents (including non-custodial parents), and children, including their due process rights.

9. Frequency, nature, and method used to assess Department employees' knowledge of the topics covered in all mandatory training given or offered to Department employees, newly hired or existing.