# EXHIBIT 53
# UNDER SEAL

# EXHIBIT 54
# UNDER SEAL