Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel, *et al.*,

Plaintiffs

v.

State of Arizona, *et al.*,

Defendants.

Case No.: 22-cv-00312-PHX-DLR

ORDER

(Hon. Douglas L. Rayes)

The Court, having considered Plaintiffs' Motion for Leave to Exceed the Page Limit for Plaintiffs' Motion for Partial Summary Judgment, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to Exceed the Page Limit is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Partial Summary Judgment, filed contemporaneously with its leave motion, is accepted for filing at its submitted length of 50 substantive pages.

DATED this ____________ day of _____________________________ 2026.

________________________________
Douglas L. Rayes
United States District Judge