Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
GILLESPIE, SHIELDS, & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br>Plaintiffs<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: 22-cv-00312-PHX-DLR<br><br>**PLAINTIFFS' MOTION TO FILE EXHIBITS UNDER SEAL**<br><br>(Hon. Douglas L. Rayes) |

Plaintiffs move under LRCiv 5.6 and the Court's Protective Order (Doc. 113) for leave to file under seal the exhibits identified in the table below, which are submitted in support of Plaintiffs' Motion for Partial Summary Judgment.

## I. LEGAL BASIS

The exhibits listed below consist of, or contain information drawn from, Arizona Department of Child Safety (DCS) records and juvenile court records pertaining to Plaintiff Aaron Wostrel, his minor children, and the dependency proceedings at the center of this litigation. These records are confidential as a matter of Arizona law. *See* A.R.S. § 8-807

Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

(DCS information is confidential; recipients may not further disclose it except as authorized by law or court order); A.R.S. § 8-525 (governing inspection and release of records in dependency, permanent-guardianship, and termination-of-parental-rights proceedings).

The Court's Protective Order recognizes this confidentiality framework and expressly governs the exhibits at issue. Paragraph 1 of the Protective Order authorizes disclosure between counsel of the children's juvenile dependency records, juvenile court filings, medical records, psychological records, and placement records. Paragraph 4 extends the same treatment to DCS employment records of individual defendants. Paragraph 8 provides that if confidential information is "identified or otherwise referred to in court filings, such as pleadings, motions and attached exhibits," the parties shall: (1) move under LRCiv 5.6 to file a public version bearing redactions and initialized pseudonyms for the minor plaintiffs (S.W., B.W., and C.W.); and (2) file unredacted versions under seal.

Every exhibit in the table below contains confidential information within the meaning of Paragraphs 1 and/or 4 of the Protective Order. Plaintiffs file this motion in compliance with Paragraph 8.

## II. <u>EXHIBITS SOUGHT TO BE FILED UNDER SEAL</u>

| Ex. No. | Description | Category |
|---|---|---|
| 1 | Deposition Transcript of Emelinda Diaz | DCS employee deposition |
| 2 | Deposition Transcript of Amber Gattie | DCS employee deposition |
| 3 | Deposition Transcript of Jason Keith | DCS employee deposition |
| 4 | Deposition Transcript of Bryan Adams | DCS employee deposition |
| 5 | Deposition Transcript of Dr. Andrew Clark | Expert deposition; contains children's medical and psychological records |

| Ex. No. | Description | Category |
|---|---|---|
| 6 | Deposition Transcript of Paulinus Obika | DCS employee deposition |
| 7 | Deposition Transcript of Bonnie Platter | Defendant deposition; dependency proceedings throughout |
| 8 | Deposition Transcript of Walter Lay | Foster placement deposition; DCS records and children's welfare |
| 9 | Deposition Transcript of Cheryl Kelly | DCS caseworker deposition |
| 10 | Deposition Transcript of Aaron Wostrel | Plaintiff deposition; children's records and dependency proceedings |
| 11 | Expert Report of Timothy Turner | Expert report; DCS case records, children's medical and psychological records |
| 12 | Deposition Transcript of C.W. | Minor plaintiff deposition |
| 13 | Deposition Transcript of B.W. | Minor plaintiff deposition |
| 14 | Deposition Transcript of Nicholas Long | DCS caseworker deposition |
| 15 | Deposition Transcript of Jodi Lay | Foster placement deposition; DCS records and children's welfare |
| 16 | Deposition Transcript of S.W. | Minor plaintiff deposition |
| 17 | Deposition Transcript of Melissa Compian (30(b)(6)) | DCS 30(b)(6) designee deposition |
| 18 | Deposition Transcript of Kylah Ross Mount (30(b)(6)) | DCS 30(b)(6) designee deposition |
| 20 | Email, Jodi Ostrom to Cheryl Kelly, May 18, 2017 | DCS business record; children's counseling and welfare |
| 21 | Telephone Contact Visit Failure Record, 2017 | DCS case record; children's contact visits |
| 22 | Email Chain re Missed Visit, June 2017 | DCS internal communications; children's visits |
| 23 | Order for Expedited Services, May 26, 2017 | Juvenile/dependency court order |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

| Ex. No. | Description | Category |
|---|---|---|
| 24 | DCS Supervisory Case Progress Reviews | DCS case records |
| 25 | Psych Evaluation of Aaron Wostrel (Juliano) | Psychological record; DCS case proceedings |
| 26 | Dr. Bennett Bonding Assessment | Psychological/bonding assessment; children's records |
| 27 | DCS Staff Psychologist DiBacco Unit Consultation, April 9, 2019 | DCS psychological consultation record |
| 28 | Dr. Oakley Psychological Evaluation of Aaron Wostrel, August 2019 | Psychological record; DCS case proceedings |
| 29 | Motion to Dismiss and Set UCCJEA | Juvenile/dependency court filing |
| 30 | DCS Business Record, Higby Email to Long, April 29, 2020 | DCS case record |
| 31 | Email re Court Authorized Removal | DCS case record; children's removal |
| 32 | Be On the Lookout Record | DCS case record; children |
| 33 | Email, Platter Transmitting Dependency Hearing Transcript to Dr. Bennett, February 8, 2019 | Dependency court record; DCS communications |
| 34 | Written Objection by Platter to Daily Telephone Contact, October 3, 2019 | DCS/dependency case communication; children's contact rights |
| 35 | Wyoming ICPC Records | Interstate placement records; children |
| 36 | SWHD Home Study | Placement/kinship care record |
| 37 | Lay Dependency Petition Filed After Appellate Reversal | Juvenile court filing; dependency petition |
| 38 | Email Chain, Jodi Lay / GAL / Kelly re Visits, February 9, 2018 | DCS and GAL communications; children's visits |
| 39 | Platter Email Directing Oakley Referral, April 15–16, 2019 | DCS/dependency case communication; children's evaluation |

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

| Ex. No. | Description | Category |
|---|---|---|
| 40 | Platter Email Managing Oakley Report Delay, June 12, 2019 | DCS/dependency case communication |
| 41 | Platter Email Characterizing Reunification Advocacy as Selfish, June 13, 2019 | DCS/dependency case communication; children's reunification |
| 42 | Platter Self-Referral and Counselor-Disclosure Email Chain, September 5, 2019 | DCS/dependency case communication; children's counseling |
| 43 | Order for Father to Complete Additional Psychological Assessment, December 2018 | Juvenile/dependency court order |
| 44 | DCS Case Aide Record, March 14, 2019 | DCS case record |
| 45 | Maltreatment Report, Lay Home, December 12, 2018 | DCS abuse/neglect investigation record |
| 46 | Wyoming Custody Order | Out-of-state custody orders; minor children |
| 47 | Court of Appeals Mandate | Juvenile dependency appellate record |
| 48 | Maltreatment Report, Jodi Lay, September 26, 2019 | DCS abuse/neglect investigation record |
| 49 | Email, GAL to Platter re No Visit for Aaron | GAL/dependency communication; children's medical information |
| 50 | Maltreatment Report by Zubriggen, March 2020 | DCS abuse/neglect investigation record |
| 51 | Maltreatment Report by Lunka, September 19, 2019 | DCS abuse/neglect investigation record |
| 53 | Expert Report of Dr. Andrew Clark | Expert report; full legal names and dates of birth of minor children; detailed medical and psychiatric records |
| 54 | Email, Keith to Adams, April 14, 2020 | DCS case record |

## III. RELIEF REQUESTED

Plaintiffs respectfully request that the Court grant leave to file the foregoing 52 exhibits under seal in unredacted form, and to file publicly redacted versions bearing initialized pseudonyms (S.W., B.W., and C.W.) in place of the minor children's names, consistent with the Court's Protective Order (Doc. 113) ¶ 8 and LRCiv 5.6.

**RESPECTFULLY SUBMITTED** this 22nd day of October 2026.


**MILLS + WOODS LAW PLLC**

By *___/s/ Thomas A. Connelly___*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS, & TAYLOR**
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556