Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Aaron Wostrel, *et al.*,<br>Plaintiffs<br>v.<br>State of Arizona, *et al.*,<br>Defendants. | Case No.: 22-cv-00312-PHX-DLR<br><br>ORDER GRANTING MOTION TO FILE EXHIBITS UNDER SEAL<br><br>(Hon. Douglas L. Rayes) |

The Court, having considered Plaintiffs' Motion to File Exhibits Under Seal, and good cause appearing,

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Clerk of Court shall file under seal the exhibits identified in Plaintiffs' Motion, which constitute records subject to confidentiality protections under A.R.S. §§ 8-807, 8-541, and 8-208, and which contain information designated as confidential pursuant to the Court's Protective Order (Doc. 113).

DATED this ____________ day of _____________________________ 2026.

_______________________________
Douglas L. Rayes
United States District Judge