# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al., Plaintiff, vs. State of Arizona, et al., Defendant. | Case No.: 2:22-cv-00312-PHX-DLR |

DEPOSITION OF PAULINUS OBIKA

Phoenix, Arizona
March 18, 2026
10:11 a.m.

REPORTED BY:
Kristy A. Ceton, RPR, CRR
AZ CR No. 50200

CARRIE REPORTING, LLC
Certified Reporters
7000 North 16th Street
Suite 120 #520
Phoenix, Arizona 85020
(480) 429-7573

Phoenix, Arizona
March 18, 2026
10:11 a.m.

PAULINUS OBIKA,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. CONNELLY:

Q. Will you please state your name and spell it for the court reporter?

A. My name is Paulinus Obika. P-a-u-l-i-n-u-s, Paulinus. Obika, O-b-i-k-a.

Q. And, Mr. Obika, have you been deposed before?

A. I have not.

Q. I'm sorry?

A. I have not. No.

Q. You have not?

A. No.

Q. Okay. So the -- the rules allow me seven hours on the record for your deposition today. I hope we're not going to get anywhere close to that. I hope that we're only here for a few hours, three, maybe. But we'll -- kind of depends on how it goes.

MR. CONNELLY: She's not allowed to have confidential communications with him about how to do his job. That's why she's still in the case. And I'm not asking her about -- I'm not asking him about what legal strategies were and what the conversations were about legal strategies.

Q. BY MR. CONNELLY: I'm asking whether or not Bonnie Platter told you what services to implement for Mr. Wostrel?

MR. O'CONNOR: Form.

MR. GRUSE: Join.

THE WITNESS: No.

MS. ELLIOTT: Form.

THE WITNESS: No.

Q. BY MR. CONNELLY: No, she did not; or, no, you can't remember?

A. I can't remember anything, you know. I can't remember this, you know, talking with her deeply about this.

Q. Okay. Do you recall talking to Bonnie Platter about whether or not you should make a referral for a bonding assessment?

A. I cannot recall.

Q. Do you recall whether or not -- talking to Bonnie Platter about whether Dr. Juliano's

evaluation was complete?
A. I don't recall, sir.
Q. Do you recall talking to Bonnie Platter about whether or not the children should be returned home after Dr. Bennett recommended -- or the twins should be returned home after Dr. Bennett recommended that the twins be returned to Mr. Wostrel?
MR. O'CONNOR: Form.
MR. GRUSE: Form.
MS. ELLIOTT: Form.
THE WITNESS: I don't recall.
Q. BY MR. CONNELLY: Do you remember talking to Bonnie Platter about whether or not the Department should return the children -- the twins to Mr. Wostrel while the petition for certification to the Supreme Court was pending?
A. I can't recall, sir.
MR. O'CONNOR: Form.
Q. BY MR. CONNELLY: Do you recall seeing Dr. Bennett's report where he recommended that the twins be returned to -- to Mr. Wostrel?
MR. GRUSE: Form. Foundation.
MR. O'CONNOR: Join.
MS. ELLIOTT: Join.
THE WITNESS: I can't recall.

Q. BY MR. CONNELLY: Do you recall in Dr. Bennett's report where he recommends that there be therapeutic visitations and counseling between Mr. Wostrel and Serenity?

MS. ELLIOTT: Form and foundation.

MR. O'CONNOR: Join.

MR. GRUSE: Join.

THE WITNESS: I don't recall.

Q. BY MR. CONNELLY: Did you -- did you have any conversations with Bonnie Platter about whether or not you should implement therapeutic visitations between Mr. Wostrel and Serenity?

MS. ELLIOTT: Form.

THE WITNESS: I can't recall. I don't recall that.

Q. BY MR. CONNELLY: And when you say you don't recall, that means it could have happened or it could not have happened, you just don't remember whether or not it happened, right?

A. That's correct.

MS. ELLIOTT: Form.

MR. O'CONNOR: Form.

MR. CONNELLY: Let's go ahead and mark this just so it's in the record because we probably need it later.

Mr. Wostrel?
A. No.
MR. CONNELLY: And it's normally the -- the case manager who makes referrals to -- Never mind. Scratch that question.
We'll mark the next exhibit.
(Exhibit 35 was marked for identification.)
Q. BY MR. CONNELLY: So Exhibit 35 is a referral for a psychiatric evaluation dated April 19th of 2019, which is less than a month after Dr. Bennett's evaluation and a couple months shy of a year after Dr. Juliano's psychological evaluation.
And you see on the second page that you're the -- identified as the child safety specialist, right?
A. Yeah.
Q. And Joelle Higby is identified as your supervisor, right?
A. Yes.
Q. And on the third page, you see that this is a referral for a psychological evaluation, right?
A. Yes.
Q. Is that correct?
A. That's correct.
Q. And do you recall that at this time a

second dependency -- second dependency hearing or trial, whatever, had been -- had occurred and the juvenile court found the dependency again. Do you remember that?
A. I don't recall.
Q. And Mr. Wostrel appealed that finding. Do you remember that?
A. No.
Q. This referral was made during the time that that second dependency finding was on appeal. And there would have been a staffing that occurred before this referral was made, right?
A. I wouldn't recall.
Q. But that would have been the normal procedure, right?
A. That's what we do in the Department. We staff cases before referral.
Q. Right.
In this case, you don't -- but in this case, you don't have a specific recollection of the staffing that occurred in relation to this referral, correct?
A. I don't.
Q. And you don't recall whether or not Bonnie Platter was a part of that staffing, correct?

A. The AG's office are not in the -- in the staffing. When we staff at the Department for psychological evaluation or any evaluation, they are not there. You know, so I never met her in any of my staffing with my supervisor or with BM.

Q. And you don't have a specific recollection of the staffing in this case, right?

A. No. No.

Q. So you can't tell me who was or not was present, correct?

MS. ELLIOTT: Form.

THE WITNESS: No. I told you generally that the -- the AG's office, AG doesn't sit in my supervisor's office with me and then we staff psychological. It never happened. I remember that never happened with me.

Q. BY MR. CONNELLY: You said generally. I'm talking specifically.

A. Yeah. Didn't happen.

Q. So the question, do you have a specific recollection of the staffing regarding this referral?

A. This generally -- specific recollection of this staffing, I don't.

Q. Okay.

A. Yes.

MR. GRUSE: I have no questions.

MS. ELLIOTT: I don't have any questions. We'll read and sign.

MR. CONNELLY: Thank you.

THE WITNESS: Thank you, sir.

MS. ELLIOTT: The State will take a copy.

MR. O'CONNOR: I'll take a copy.

MR. GRUSE: We'll take a pdf.

(The proceedings concluded at 1:52 p.m.)

_________________________
PAULINUS OBIKA