# EXHIBIT 4

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Wostrel, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.,<br><br>Defendant. | Case No.:<br>2:22-cv-00312-PHX-DLR |

DEPOSITION OF NICHOLAS LONG

Phoenix, Arizona
March 23, 2026
10 a.m.

REPORTED BY:
Kristy A. Ceton, RPR, CRR
AZ CR No. 50200

CARRIE REPORTING, LLC
Certified Reporters
7000 North 16th Street
Suite 120 #520
Phoenix, Arizona 85020
(480) 429-7573

Phoenix, Arizona
March 23, 2026
10 a.m.

NICHOLAS LONG,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. CONNELLY:

Q. Will you please state your name for the record?

A. Nicholas Long.

Q. Okay. Mr. Long, you're here for your deposition in matter of Wostrel versus State of Arizona, you as well. You're aware of that, right?

A. I thought I was here as a witness.

Q. Yes, you are.

A. But I had been removed from the case as a --

Q. I guess you should talk to your lawyer about that.

MS. ELLIOTT: He's been dismissed.

MR. CONNELLY: Has he been dismissed? I don't think so. We have a disagreement about that.

Q. BY MR. CONNELLY: In any event, you're

Was there -- Do you recall being part of a staffing at the Department after the Court of Appeals reversed the first dependency and said -- and essentially instructed the Department if they wanted to proceed on the neglect by emotional abuse allegation, that they had to have a Ph.D.-level expert diagnosing emotional abuse. Were you a part of any staffing about that subject?

A. I don't recall.

Q. Do you recall there being a staffing that you attended that involved Bonnie Platter or anyone else from the Attorney General's Office to discuss making a referral to the father for a psychological evaluation?

A. I don't remember.

Q. You're not suffering from any physical or mental disability today that causes you to have any lack of recall about events that happened in the not too distant past, do you?

A. No.

MS. ELLIOTT: Form.

Q. BY MR. CONNELLY: You're not on any medications or anything that affect your ability to testify honestly and truthfully?

A. No.

Mr. Obika, who has been evaluated by his supervisor as not being very diligent on things like recordkeeping and drafting court reports? Do you give him the same deference?

MS. ELLIOTT: Form and foundation.

THE WITNESS: Any time they submit court reports, they have to submit evidence along with them verifying what they're saying. So, yes.

I also did not have access to his personnel file.

MR. CONNELLY: I don't have anything else.

MS. ELLIOTT: We'll read and sign.

THE COURT REPORTER: Same transcript orders?

MR. CONNELLY: Yes, ma'am.

MR. GRUSE: Yes.

MS. ELLIOTT: Yes.

(The proceedings concluded at 4:22 p.m.)

______________________________
NICHOLAS LONG