# EXHIBIT 6

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bryan Adams
Arizona Dept. of Child Safety
3003 N. Central Ave.
Phoenix, AZ 85012

9590 9402 2846 7069 1953 91

2. Article Number (*Transfer from service label*)

7017 0660 0000 0269 3663

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X B Lee (2bL

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery
3-11-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

PHOENIX AZ 852
11 MAR 2026 PM 5 L

9590 9402 2846 7069 1953 91

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Thomas A. Connelly
Mills + Wood Law PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014

(1 of 14)
(WOSTREL)

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hon. Mark Brnovich
Arizona Attorney General
2005 N. Central Ave.
Phoenix, AZ 85004

9590 9402 2846 7069 1953 84

2. Article Number *(Transfer from service label)*

7017 0660 0000 0269 3809

COMPLETE THIS SECTION ON DELIVERY

A. Signature

RECEIVED

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

MAR 11 2021

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

AZ ATTORNEY GENERAL
PHOENIX MAILROOM
PALM BUILDING

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
sured Mail
sured Mail Restricted Delivery
ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

PHOENIX AZ 852

11 MAR 2021 PM 8 L

9590 9402 2846 7069 1953 84

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Thomas A. Connelly
Mills + Woods Law PLLC
5055 N. 12th St., Ste. 101
Phoenix, AZ 85014

(6 of 14)
(WOSTREL)

1-334526

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bonnie Platter, AAG
Ariz. Attorney General's Office
2005 N. Central Ave.
Phoenix, AZ 85004

9590 9402 2846 7069 1953 77

2. Article Number *(Transfer from service label)*

7017 0660 0000 0269 3793

COMPLETE THIS SECTION ON DELIVERY

RECEIVED

A. Signature

X

MAR 11 2021

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

AZ ATTORNEY GENERAL
PHOENIX MAIL ROOM
PALM BUILDING

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ured Mail
☐ ...ured Mail Restricted Delivery
...er $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

PHOENIX AZ 852

11 MAR 2021 PM 8 L

9590 9402 2846 7069 1953 77

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Thomas A. Connelly
Mills + Woods Law PLLC
5055 N. 12th St., Ste. 101
Phoenix, Az 85014

(11 of 14)
(WOSTREL)