**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel,

Plaintiff,

v.

State of Arizona, et al.,

Defendants.

No. CV-22-00312-PHX-DLR

**ORDER**

Before the Court is the Parties' Notice of Withdrawal of Counsel and Request for Removal from ECF Notification (Doc. 208).

Accordingly,

**IT IS ORDERED** withdrawing Assistant Attorney General Thomas Young as counsel of record for State Defendants.

**IT IS FURTHER ORDERED** removing counsel from email and mailing lists as to this case only. The Clerk of Court is directed to remove Assistant Attorney General Thomas Young from the notification of electronic filing distribution list as to this case only.

Dated this 22nd day of October, 2026.

Douglas L. Rayes
Senior United States District Judge