**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel,

Plaintiff,

v.

State of Arizona, et al.,

Defendants.

No. CV-22-00312-PHX-DLR

**ORDER**

The Court has reviewed State Defendants' Motion for Leave to Exceed Page Limitation for Motion for Summary Judgment. (Doc. 209.) For good cause shown, the Motion for Leave to Exceed Page Limitation will be granted.

Also before the Court is State Defendants' Motion to File Exhibits Under Seal. (Doc. 211.) State Defendants seek to file Exhibits 1-25 and 28-32 to their summary judgment motion under seal because those exhibits contain protected information regarding minor parties and other parties in the underlying dependency matter. The Court has reviewed the exhibits and, given the sensitive information contained therein, finds compelling reasons to seal the requested documents.

Accordingly,

**IT IS ORDERED** that the Motion for Leave to Exceed Page Limitation for Motion for Summary Judgment (Doc. 209) is **GRANTED**. The Clerk of Court is kindly directed to file Defendants' proposed Motion for Summary Judgment, currently lodged at Doc. 210.

**IT IS FURTHER ORDERED** that Plaintiff is granted a commensurate extension of 12 pages for his responsive brief.

**IT IS FURTHER ORDERED** that the Motion to File Exhibits Under Seal (Doc. 211) is **GRANTED**. The Clerk of Court is kindly directed to file under seal the exhibits currently lodged at Doc. 213.

Dated this 26th day of October, 2026.

Douglas L. Rayes
Senior United States District Judge