***Aaron Wostrel v. State of Arizona, et al.***
United States District Court
Case No. CV-22-00312-PHX-DLR

**TABLE OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Declaration of Aaron Wostrel |
| Exhibit 2 | Wyoming Family Court Stipulated Order (Under Seal) |
| Exhibit 3 | Dependence Trial Transcript dated 12/18/2018 (Under Seal) |
| Exhibit 4 | Deposition of Aaron Wostrel (Under Seal) |
| Exhibit 5 | Peoria Police Department Report (Under Seal) |
| Exhibit 6 | Hotline Call from Peoria Police Department (Under Seal) |
| Exhibit 7 | Deposition of Amber Gattie (Under Seal) |
| Exhibit 8 | Comprehensive Child Safety and Risk Assessment ("CSRA") (Under Seal) |
| Exhibit 9 | Dependency Petition (Under Seal) |
| Exhibit 10 | Emails between Aaron Wostrel and Cheryl Kelly dated 2017 (Under Seal) |
| Exhibit 11 | Case Notes, various dates (Under Seal) |
| Exhibit 12 | Preliminary Protective Hearing Transcript and Order dated 2/9/2017 (Under Seal) |
| Exhibit 13 | Emails re: ICPC (Under Seal) |
| Exhibit 14 | ICPC Requests to Colorado and Wyoming (Under Seal) |
| Exhibit 15 | Progress Report to the Juvenile Court dated 4/5/2018 (Under Seal) |
| Exhibit 16 | Psychological Consultation Summary dated 4/12/2018 (Under Seal) |
| Exhibit 17 | Juvenile Court Orders, various dates (Under Seal) |
| Exhibit 18 | Hearing Transcript dated 5/26/2017 and Order (Under Seal) |
| Exhibit 19 | Psychological Evaluations and Service Referrals (Under Seal) |
| Exhibit 20 | Excerpts of Hearing Transcript dated 8/2/2017 (Under Seal) |
| Exhibit 21 | Best Interest and Bonding Assessment and Related Emails (Under Seal) |
| Exhibit 22 | Motions and Orders re: S.W. Hospitalizations (Under Seal) |
| Exhibit 23 | Tonsillectomy Records (Under Seal) |
| Exhibit 24 | Investigation of Allegations Against the Lays (Under Seal) |
| Exhibit 25 | DCS Motion to Dismiss Dependency (Under Seal) |
| Exhibit 26 | *Aaron W. v. Dep't of Child Safety (Aaron I)*, No. 1 CA-JV 17-0384, (Ariz. App. Jan. 30, 2018) |

| | |
|---|---|
| Exhibit 27 | *Aaron W. v. Dep't of Child Safety (Aaron II),* No. 1 CA-JV 1-0039 (Ariz. App. Sept. 26, 2019) |
| Exhibit 28 | GAL Dependency Petition 2020 (Under Seal) |
| Exhibit 29 | ASFA Findings of Reasonable Efforts (Under Seal) |
| Exhibit 30 | Lay Home Study (Under Seal) |
| Exhibit 31 | Lay Foster Parent Licenses (Under Seal) |
| Exhibit 32 | Emails between Aaron Wostrel and Jennifer Alexander (Under Seal) |