**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Aaron Wostrel,

Plaintiff,

v.

State of Arizona, et al.,

Defendants.

No. CV-22-00312-PHX-DLR

**ORDER**

The Court has reviewed Plaintiffs' Motion for Leave to Exceed Page Limitation for Motion for Partial Summary Judgment. (Doc. 218.) For good cause shown, the Motion is granted.

Also before the Court is Plaintiffs' Motion to File Under Seal Exhibits in Support of their Motion for Partial Summary Judgment. (Doc. 219). Plaintiffs seek to file Exhibits 1-18, 20-51, and 53-54 to their partial summary judgment motion under seal because those exhibits contain protected information regarding minor parties and other parties in the underlying dependency matter. The Court has reviewed the exhibits and, given the sensitive information contained therein, finds compelling reasons to seal the requested documents.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limitation for Motion for Summary Judgment (Doc. 218) is **GRANTED**. The Clerk of Court is kindly directed to file Plaintiffs' proposed Motion for Summary Judgment, currently lodged at

Doc. 217.

**IT IS FURTHER ORDERED** that the Motion to File Exhibits Under Seal (Doc. 219) is **GRANTED**. The Clerk of Court is kindly directed to file under seal the exhibits currently lodged at Doc. 220.

Dated this 19th day of November, 2026.

Douglas L. Rayes
Senior United States District Judge